<table>
<tr><td>

1 | Michael J. Bowe<br>(*pro hac vice* application forthcoming)<br>2 | mbowe@brownrudnick.com<br>Lauren Tabaksblat<br>3 | (*pro hac vice* application forthcoming)<br>ltabaksblat@brownrudnick.com<br>4 | **BROWN RUDNICK LLP**<br>7 Times Square<br>5 | New York, NY 10036<br>Telephone: (212) 209-4800<br>6 | Facsimile: (212) 209-4801

</td><td>

David M. Stein (#198256)<br>dstein@olsonstein.com<br>**Olson Stein LLP**<br>240 Nice Lane, #301<br>Newport Beach, California 92663<br>Telephone: (949) 887-4600

</td></tr>
</table>

7 | *Attorneys for Plaintiff*

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| L.S., | CASE NO. 2:24-cv-05026 |
| Plaintiff, | **PLAINTIFF'S NOTICE OF PENDENCY OF OTHER ACTIONS OR PROCEEDINGS** |
| v. | |
| MINDGEEK S.A.R.L., a foreign entity; MG FREESITES LTD., a foreign entity; MINDGEEK USA INCORPORATED, a Delaware corporation; MG PREMIUM LTD, a foreign entity; MG GLOBAL ENTERTAINMENT INC., a Delaware corporation; 9219-1568 QUEBEC, INC., a foreign entity; BERND BERGMAIR, a foreign individual; FERAS ANTOON, a foreign individual; DAVID TASSILLO, a foreign individual; VISA INC., a Delaware corporation; REDWOOD CAPITAL MANAGEMENT, LLC, a Delaware limited liability company; REDWOOD DOE FUNDS 1-7; COLBECK CAPITAL MANAGEMENT, LLC, a Delaware limited liability company; COLBECK DOE FUNDS 1-3, | |
| Defendants. | |

Plaintiff L.S. hereby files this Notice of Pendency of Other Actions or Proceedings under Central District of California Local Rule 83-1.4.

1. This case involves substantially the same subject matter as an action pending in the United States District Court for the Northern District of Alabama Western Division brought by Plaintiff Jane Doe #1, on behalf of herself and all others similarly situated. This action is captioned *Jane Doe #1 et al. v. MG Freesites Ltd et al.*, Civil Action No. 7:21-cv-00220-LSC, filed February 11, 2021 and as amended on July 23, 2021 ("Alabama Class Action").

2. Plaintiffs in the Alabama Class Action are represented by the following counsel:

Gregor Zarzaur (ASB-0759-E45Z)
Kelsie Overton (ASB-1791-F80L)
**THE ZARZAUR LAW FIRM**
2332 Second Avenue North
Birmingham, Alabama 35203
T: (205) 983-7985
gregory@zarzaur.com
kelsie@zarzaur.com

Joshua P. Hayes
Daniel Blake Williams
**PRINCE GLOVER HAYES**
701 Mine Road
Tuscaloosa, Alabama 35406
T: (205) 345-1234
jhayes@princelaw.net
bwilliams@princelaw.net

Kimberly Lambert Adams (*pro hac vice*)
James Michael Papantonio (*pro hac vice*)
**LEVIN PAPANTONIO RAFFERTY**
316 S. Baylen Street, Suite 600
Pensacola, Florida 32502
T: (850) 435-7056
kadams@levinlaw.com
mpapantonio@levinlaw.com

Brian Kent (*pro hac vice*)
Gaetano D. Andrea (*pro hac vice*)
Victor Paul Bucci, II (*pro hac vice*)
Jenny M. Flanigan (*pro hac vice*)
Jillian P. Roth (*pro hac vice*)
M. Stewart Ryan (*pro hac vice*)
Alexandria MacMaster (*pro hac vice*)
**LAFFEY, BUCCI & KENT, LLP**

1100 Ludlow Street, Suite 300
Philadelphia, Pennsylvania 19107
T: (215) 399-9255
bkent@lbk-law.com
gdandrea@lbk-law.com
pbucci@lbk-law.com
jflanigan@lbk-law.com
jroth@lbk-law.com
sryan@lbk-law.com
amacmaster@lbk-law.com

Benjamin W. Bull (*pro hac vice*)
Peter A. Gentala (*pro hac vice*)
Danielle M. Bianculli Pinter (*pro hac vice*)
Christen M. Price (*pro hac vice*)
**NATIONAL CENTER ON SEXUAL EXPLOITATION**
1201 F Street NW, Suite 200
Washington, D.C. 20004
T: (202) 393-7245
lawcenter@ncose.com

Kevin Dooley Kent (*pro hac vice*)
Mark B. Schoeller (*pro hac vice*)
Vanessa Huber (*pro hac vice*)
**CLARK HILL PLC**
Two Commerce Square
2001 Market Street, Ste. 2620
Philadelphia, PA 19103
T : (215) 640-8500
kkent@clarkhill
mschoeller@clarkhill
vhuber@clarkhill

Kathryn L. Avila (*pro hac vice*)
**Domnick Cunningham & Yaffa**
2401 PGA Blvd. Suite 140
Palm Gardens, FL 33410
T: 561-625-6260
E: kathryn@pgblaw.com

3. The Alabama Class Action is seeking damages and injunctive relief against defendants – (i) MG Freesites, Ltd., d/b/a "Pornhub", a foreign entity; (ii) MG Freesites II Ltd., a foreign entity; (iii) MindGeek S.A.R.L., a foreign entity; (iv) MindGeek USA, Incorporated, a Delaware corporation; (v) MG CY Holdings Ltd., a foreign entity; (vi) MindGeek Content RT Limited, a foreign entity; (vii) 9219-1568 Quebec Inc. d/b/a MindGeek, a foreign entity; and (viii) MG Billing Ltd., a foreign entity – based on allegations that defendants violated the TVPRA, specifically 18 U.S.C. §§ 1591 and 1595, among other laws, by financially benefiting from, or

1 | otherwise participating in, a sex trafficking venture in which plaintiffs and members
2 | of the class were victims. Further, plaintiffs allege that the defendants violated
3 | 18 U.S.C. §§ 2252 and 2252A by knowingly receiving, possessing, and distributing
4 | child pornography. On December 19, 2023, the Court certified the following class
5 | under Federal Rules of Civil Procedure 23(b)(2) and 23(b)(3): "All persons who
6 | were under the age of 18 when they appeared in a video or image that has been made
7 | available for viewing on any website owned or operated by Defendants anytime
8 | from February 12, 2011, through the present." (Dkt. 147., Memorandum of Opinion
9 | and Order Granting Plaintiff's Motion for Class Certification, *Jane Doe #1 et al. v.*
10 | *MG Freesites Ltd et al.*, Civil Action No. 7:21-cv-00220-LSC (N.D. Ala. 2021)).

11 |     4.    This case involves substantially the same subject matter as an action
12 | pending in the United States District Court for the Central District of California
13 | Southern Division brought by Plaintiff Jane Doe, on behalf of herself and all others
14 | similarly situated. This action is captioned *Jane Doe v. MindGeek USA*
15 | *Incorporated et al.*, Case No. 8:21-cv-00338-WLH-ADS, filed February 19, 2021
16 | and as amended on May 5, 2023 ("California Class Action").

17 |     5.    Plaintiff and the Class in the California Class Action are represented by
18 | the following counsel:

>   Davida P. Brook (275370)
>   Krysta Kauble Pachman (280951)
>   Halley W. Josephs (338391)
>   Rohit D Nath (316062)
>   Nicholas N. Spear (304281)
>   Emily K. Cronin (322683)
>   Madeline M. Yzurdiaga (344676)
>   **SUSMAN GODFREY L.L.P.**
>   1900 Avenue of the Stars Suite 1400
>   Los Angeles, CA 90067
>   T: 310-789-3100
>   F: 310-789-3150
>   dbrook@susmangodfrey.com
>   kpachman@susmangodfrey.com
>   hjosephs@susmangodfrey.com
>   rnath@susmangodfrey.com
>   nspear@susmangodfrey.com
>   ecronin@susmangodfrey.com
>   myzurdiaga@susmangodfrey.com

Christina M. Dieckmann (*pro hac vice*)
**SUSMAN GODFREY L.L.P.**
One Manhattan West, 50th Floor
New York, NY 10001
T: 212-729-2014
cdieckmann@susmangodfrey.com

Steve M. Cohen (*pro hac vice*)
**POLLOCK COHEN LLP**
1111 Broadway Street Suite 1804
New York, NY 10006
T: 212-337-5361
F: 347-696-1227
scohen@pollockcohen.com

6.  The California Class Action is seeking damages and injunctive relief against defendants – (i) MindGeek USA, Incorporated, a Delaware corporation; (ii) MindGeek S.A.R.L., a foreign entity; (iii) MG Freesites, Ltd., d/b/a "Pornhub", a foreign entity; (iv) MG Freesites II Ltd., a foreign entity; (v) MindGeek Content RT Limited, a foreign entity; and (vi) 9219-1568 Quebec, Inc. d/b/a MindGeek, a foreign entity – based on allegations that defendants violated the TVPRA, specifically 18 U.S.C. §§ 1591 and 1595, among other laws, by financially benefiting from, or otherwise participating in, a sex trafficking venture in which plaintiff and members of the class were victims. Further, plaintiff alleges that the defendants violated 18 U.S.C. §§ 2252A and 2255 by knowingly receiving, possessing, and distributing child pornography. Plaintiff also asserts state statutory and common law violations. On November 17, 2023, the Court granted Plaintiff's Motion for Class Certification and certified under both Federal Rules of Civil Procedure 23(b)(2) and 23(b)(3) two classes. (Dkt. 209, Order Granting Plaintiff's Motion for Class Certification, *Jane Doe v. MindGeek USA Incorporated et al.*, Case No. 8:21-cv-00338-WLH-ADS (C.D. Cal. 2021).) The Court first certified a national class including "all persons who were under the age of 18 when they appeared in a video or image that has been uploaded or otherwise made available for viewing on any website owned or operated by Defendants in the last ten years." (Dkt. 107 at 44, ¶ 154.) The Court next certified a subclass of "all persons residing

in California who were under the age of 18 when they appeared in a video or image that has been uploaded or otherwise made available for viewing on any website owned or operated by Defendants in the last ten years." (*Id.* at ¶ 155.)

7. This case involves substantially the same subject matter as an action pending in the United States District Court for the Central District of California brought by Plaintiff Serena Fleites. This action is captioned *Serena Fleites v. MindGeek S.A.R.L. et al.*, Case No. 2:21-cv-4920-WLH-ADS, filed June 17, 2021 and as amended on May 23, 2024 ("Fleites Action").

8. Plaintiff in the Fleites Action is represented by the following counsel:

Michael J. Bowe (*pro hac vice*)
mbowe@brownrudnick.com
Lauren Tabaksblat (*pro hac vice*)
ltabaksblat@brownrudnick.com
**BROWN RUDNICK LLP**
7 Times Square
New York, NY 10036
T: (212) 209-4800
F: (212) 209-4801

David M. Stein (#198256)
dstein@olsonstein.com
**Olson Stein LLP**
240 Nice Lane, #301
Newport Beach, California 92663
T: (949) 887-4600

9. Plaintiff in the Fleites Action is seeking damages and injunctive relief against defendants – (i) MindGeek S.A.R.L., a foreign entity; (ii) MG Freesites, Ltd., d/b/a Pornhub, a foreign entity; (iii) MindGeek USA Incorporated, a Delaware corporation; (iv) MG Premium Ltd., a foreign entity; (v) MG Global Entertainment Inc., a Delaware corporation; (vi) 9219-1568 Quebec, Inc., d/b/a MindGeek, a foreign entity; (vii) Bernd Bergmair, a foreign individual; (viii) Feras Antoon, a foreign individual; (ix) David Tassillo, a foreign individual; (x) Visa Inc., a Delaware corporation; (xi) Redwood Capital Management, LLC[1], a Delaware

---

[1] Plaintiff also named as defendants certain related funds of Redwood Capital Management, LLC, the names of which were filed under seal.

limited liability company; and (xvii) Colbeck Capital Management, LLC[2], a Delaware limited liability company – for sex trafficking and conspiracy to benefit from a trafficking venture in violation of 18 U.S.C. §§ 1591, 1594, and 1595, for receipt, transport, and possession of child pornography in violation of 18 U.S.C. §§ 2252, 2252A, and 2255, and state statutory and common law violations.

10. This case involves substantially the same subject matter as an action pending in the United States District Court for the Central District of California brought by Plaintiff K.A. This action is captioned *K.A. v. MindGeek S.A.R.L. et al.*, Case No. 2:24-cv-04786-JFW-MAA, filed June 7, 2024 ("K.A. Action").

11. Plaintiff in the K.A. Action is represented by the following counsel:

> Michael J. Bowe (*pro hac vice* application pending)
> mbowe@brownrudnick.com
> Lauren Tabaksblat (*pro hac vice* application pending)
> ltabaksblat@brownrudnick.com
> **BROWN RUDNICK LLP**
> 7 Times Square
> New York, NY 10036
> T: (212) 209-4800
> F: (212) 209-4801
>
> David M. Stein (#198256)
> dstein@olsonstein.com
> **Olson Stein LLP**
> 240 Nice Lane, #301
> Newport Beach, California 92663
> T: (949) 887-4600

12. Plaintiff in the K.A. Action is seeking damages and injunctive relief against defendants – (i) MindGeek S.A.R.L., a foreign entity; (ii) MG Freesites, Ltd., d/b/a Pornhub, a foreign entity; (iii) MindGeek USA Incorporated, a Delaware corporation; (iv) MG Premium Ltd., a foreign entity; (v) MG Global Entertainment Inc., a Delaware corporation; (vi) 9219-1568 Quebec, Inc., d/b/a MindGeek, a foreign entity; (vii) Bernd Bergmair, a foreign individual; (viii) Feras Antoon, a foreign individual; (ix) David Tassillo, a foreign individual; (x) Visa Inc., a

---

[2] Plaintiff also named as defendants certain related funds of Colbeck Capital Management, LLC, the names of which were filed under seal.

Delaware corporation; (xi) Redwood Capital Management, LLC, a Delaware limited liability company; (xii) Redwood Doe Funds 1-7; (xiii) Colbeck Capital Management, LLC, a Delaware limited liability company; and (xiv) Colbeck Doe Funds 1-3 – for sex trafficking and conspiracy to benefit from a trafficking venture in violation of 18 U.S.C. §§ 1591, 1594, and 1595, for receipt, transport, and possession of child pornography in violation of 18 U.S.C. §§ 2252, 2252A, and 2255, and state statutory and common law violations.

13. This case involves substantially the same subject matter as an action pending in the United States District Court for the Central District of California brought by Plaintiff N.L. This action is captioned *N.L. v. MindGeek S.A.R.L. et al.*, Case No. 2:24-cv-04788-MWF-AGR, filed June 7, 2024 ("N.L. Action").

14. Plaintiff in the N.L. Action is represented by the following counsel:

Michael J. Bowe (*pro hac vice* application pending)
mbowe@brownrudnick.com
Lauren Tabaksblat (*pro hac vice* application pending)
ltabaksblat@brownrudnick.com
**BROWN RUDNICK LLP**
7 Times Square
New York, NY 10036
T: (212) 209-4800
F: (212) 209-4801

David M. Stein (#198256)
dstein@olsonstein.com
**Olson Stein LLP**
240 Nice Lane, #301
Newport Beach, California 92663
T: (949) 887-4600

15. Plaintiff in the N.L. Action is seeking damages and injunctive relief against defendants – (i) MindGeek S.A.R.L., a foreign entity; (ii) MG Freesites, Ltd., d/b/a Pornhub, a foreign entity; (iii) MindGeek USA Incorporated, a Delaware corporation; (iv) MG Premium Ltd., a foreign entity; (v) MG Global Entertainment Inc., a Delaware corporation; (vi) 9219-1568 Quebec, Inc., d/b/a MindGeek, a foreign entity; (vii) Bernd Bergmair, a foreign individual; (viii) Feras Antoon, a foreign individual; (ix) David Tassillo, a foreign individual; (x) Visa Inc., a

1 | Delaware corporation; (xi) Redwood Capital Management, LLC, a Delaware limited liability company; (xii) Redwood Doe Funds 1-7; (xiii) Colbeck Capital Management, LLC, a Delaware limited liability company; and (xiv) Colbeck Doe Funds 1-3 – for sex trafficking and conspiracy to benefit from a trafficking venture in violation of 18 U.S.C. §§ 1591, 1594, and 1595, for receipt, transport, and possession of child pornography in violation of 18 U.S.C. §§ 2252, 2252A, and 2255, and state statutory and common law violations.

16. This case involves substantially the same subject matter as an action pending in the United States District Court for the Central District of California brought by Plaintiff L.T. This action is captioned *L.T. v. MindGeek S.A.R.L. et al.*, Case No. 2:24-cv-04791-JFW-PVC, filed June 7, 2024 ("L.T. Action").

17. Plaintiff in the L.T. Action is represented by the following counsel:

> Michael J. Bowe (*pro hac vice* application pending)
> mbowe@brownrudnick.com
> Lauren Tabaksblat (*pro hac vice* application pending)
> ltabaksblat@brownrudnick.com
> **BROWN RUDNICK LLP**
> 7 Times Square
> New York, NY 10036
> T: (212) 209-4800
> F: (212) 209-4801
>
> David M. Stein (#198256)
> dstein@olsonstein.com
> **Olson Stein LLP**
> 240 Nice Lane, #301
> Newport Beach, California 92663
> T: (949) 887-4600

18. Plaintiff in the L.T. Action is seeking damages and injunctive relief against defendants – (i) MindGeek S.A.R.L., a foreign entity; (ii) MG Freesites, Ltd., d/b/a Pornhub, a foreign entity; (iii) MindGeek USA Incorporated, a Delaware corporation; (iv) MG Premium Ltd., a foreign entity; (v) MG Global Entertainment Inc., a Delaware corporation; (vi) 9219-1568 Quebec, Inc., d/b/a MindGeek, a foreign entity; (vii) Bernd Bergmair, a foreign individual; (viii) Feras Antoon, a foreign individual; (ix) David Tassillo, a foreign individual; (x) Visa Inc., a

1 Delaware corporation; (xi) Redwood Capital Management, LLC, a Delaware limited liability company; (xii) Redwood Doe Funds 1-7; (xiii) Colbeck Capital Management, LLC, a Delaware limited liability company; and (xiv) Colbeck Doe Funds 1-3 – for sex trafficking and conspiracy to benefit from a trafficking venture in violation of 18 U.S.C. §§ 1591, 1594, and 1595, for receipt, transport, and possession of child pornography in violation of 18 U.S.C. §§ 2252, 2252A, and 2255, and state statutory and common law violations.

19. This case involves substantially the same subject matter as an action pending in the United States District Court for the Central District of California brought by Plaintiff T.C. This action is captioned *T.C. v. MindGeek S.A.R.L. et al.*, Case No. 2:24-cv-04795-MRA-PD, filed June 7, 2024 ("T.C. Action").

20. Plaintiff in the T.C. Action is represented by the following counsel:

Michael J. Bowe (*pro hac vice* application pending)
mbowe@brownrudnick.com
Lauren Tabaksblat (*pro hac vice* application pending)
ltabaksblat@brownrudnick.com
**BROWN RUDNICK LLP**
7 Times Square
New York, NY 10036
T: (212) 209-4800
F: (212) 209-4801

David M. Stein (#198256)
dstein@olsonstein.com
**Olson Stein LLP**
240 Nice Lane, #301
Newport Beach, California 92663
T: (949) 887-4600

21. Plaintiff in the T.C. Action is seeking damages and injunctive relief against defendants – (i) MindGeek S.A.R.L., a foreign entity; (ii) MG Freesites, Ltd., d/b/a Pornhub, a foreign entity; (iii) MindGeek USA Incorporated, a Delaware corporation; (iv) MG Premium Ltd., a foreign entity; (v) MG Global Entertainment Inc., a Delaware corporation; (vi) 9219-1568 Quebec, Inc., d/b/a MindGeek, a foreign entity; (vii) Bernd Bergmair, a foreign individual; (viii) Feras Antoon, a foreign individual; (ix) David Tassillo, a foreign individual; (x) Visa Inc., a

Delaware corporation; (xi) Redwood Capital Management, LLC, a Delaware limited liability company; (xii) Redwood Doe Funds 1-7; (xiii) Colbeck Capital Management, LLC, a Delaware limited liability company; and (xiv) Colbeck Doe Funds 1-3 – for sex trafficking and conspiracy to benefit from a trafficking venture in violation of 18 U.S.C. §§ 1591, 1594, and 1595, for receipt, transport, and possession of child pornography in violation of 18 U.S.C. §§ 2252, 2252A, and 2255, and state statutory and common law violations.

22. This case involves substantially the same subject matter as an action pending in the United States District Court for the Central District of California brought by Plaintiff X.N. This action is captioned *X.N. v. MindGeek S.A.R.L. et al.*, Case No. 2:24-cv-04800-DMG-KS, filed June 7, 2024 ("X.N. Action").

23. Plaintiff in the X.N. Action is represented by the following counsel:

Michael J. Bowe (*pro hac vice* application pending)
mbowe@brownrudnick.com
Lauren Tabaksblat (*pro hac vice* application pending)
ltabaksblat@brownrudnick.com
**BROWN RUDNICK LLP**
7 Times Square
New York, NY 10036
T: (212) 209-4800
F: (212) 209-4801

David M. Stein (#198256)
dstein@olsonstein.com
**Olson Stein LLP**
240 Nice Lane, #301
Newport Beach, California 92663
T: (949) 887-4600

24. Plaintiff in the X.N. Action is seeking damages and injunctive relief against defendants – (i) MindGeek S.A.R.L., a foreign entity; (ii) MG Freesites, Ltd., d/b/a Pornhub, a foreign entity; (iii) MindGeek USA Incorporated, a Delaware corporation; (iv) MG Premium Ltd., a foreign entity; (v) MG Global Entertainment Inc., a Delaware corporation; (vi) 9219-1568 Quebec, Inc., d/b/a MindGeek, a foreign entity; (vii) Bernd Bergmair, a foreign individual; (viii) Feras Antoon, a foreign individual; (ix) David Tassillo, a foreign individual; (x) Visa Inc., a

Delaware corporation; (xi) Redwood Capital Management, LLC, a Delaware limited liability company; (xii) Redwood Doe Funds 1-7; (xiii) Colbeck Capital Management, LLC, a Delaware limited liability company; and (xiv) Colbeck Doe Funds 1-3 – for sex trafficking and conspiracy to benefit from a trafficking venture in violation of 18 U.S.C. §§ 1591, 1594, and 1595, for receipt, transport, and possession of child pornography in violation of 18 U.S.C. §§ 2252, 2252A, and 2255, and state statutory and common law violations.

25. This case involves substantially the same subject matter as an action pending in the United States District Court for the Central District of California brought by Plaintiff N.Y. This action is captioned *N.Y. v. MindGeek S.A.R.L. et al.*, Case No. 2:24-cv-04801-CBM-JPR, filed June 7, 2024 ("N.Y. Action").

26. Plaintiff in the N.Y. Action is represented by the following counsel:

> Michael J. Bowe (*pro hac vice* application pending)
> mbowe@brownrudnick.com
> Lauren Tabaksblat (*pro hac vice* application pending)
> ltabaksblat@brownrudnick.com
> **BROWN RUDNICK LLP**
> 7 Times Square
> New York, NY 10036
> T: (212) 209-4800
> F: (212) 209-4801
>
> David M. Stein (#198256)
> dstein@olsonstein.com
> **Olson Stein LLP**
> 240 Nice Lane, #301
> Newport Beach, California 92663
> T: (949) 887-4600

27. Plaintiff in the N.Y. Action is seeking damages and injunctive relief against defendants – (i) MindGeek S.A.R.L., a foreign entity; (ii) MG Freesites, Ltd., d/b/a Pornhub, a foreign entity; (iii) MindGeek USA Incorporated, a Delaware corporation; (iv) MG Premium Ltd., a foreign entity; (v) MG Global Entertainment Inc., a Delaware corporation; (vi) 9219-1568 Quebec, Inc., d/b/a MindGeek, a foreign entity; (vii) Bernd Bergmair, a foreign individual; (viii) Feras Antoon, a foreign individual; (ix) David Tassillo, a foreign individual; (x) Visa Inc., a

Delaware corporation; (xi) Redwood Capital Management, LLC, a Delaware limited liability company; (xii) Redwood Doe Funds 1-7; (xiii) Colbeck Capital Management, LLC, a Delaware limited liability company; and (xiv) Colbeck Doe Funds 1-3 – for sex trafficking and conspiracy to benefit from a trafficking venture in violation of 18 U.S.C. §§ 1591, 1594, and 1595, for receipt, transport, and possession of child pornography in violation of 18 U.S.C. §§ 2252, 2252A, and 2255, and state statutory and common law violations.

28. This case involves substantially the same subject matter as an action pending in the United States District Court for the Central District of California brought by Plaintiff J.C. This action is captioned *J.C. v. MindGeek S.A.R.L. et al.*, Case No. 2:24-cv-04971, filed June 12, 2024 ("J.C. Action").

29. Plaintiff in the J.C. Action is represented by the following counsel:

Michael J. Bowe (*pro hac vice* application pending)
mbowe@brownrudnick.com
Lauren Tabaksblat (*pro hac vice* application pending)
ltabaksblat@brownrudnick.com
**BROWN RUDNICK LLP**
7 Times Square
New York, NY 10036
T: (212) 209-4800
F: (212) 209-4801

David M. Stein (#198256)
dstein@olsonstein.com
**Olson Stein LLP**
240 Nice Lane, #301
Newport Beach, California 92663
T: (949) 887-4600

30. Plaintiff in the J.C. Action is seeking damages and injunctive relief against defendants – (i) MindGeek S.A.R.L., a foreign entity; (ii) MG Freesites, Ltd., d/b/a Pornhub, a foreign entity; (iii) MindGeek USA Incorporated, a Delaware corporation; (iv) MG Premium Ltd., a foreign entity; (v) MG Global Entertainment Inc., a Delaware corporation; (vi) 9219-1568 Quebec, Inc., d/b/a MindGeek, a foreign entity; (vii) Bernd Bergmair, a foreign individual; (viii) Feras Antoon, a foreign individual; (ix) David Tassillo, a foreign individual; (x) Visa Inc., a

Delaware corporation; (xi) Redwood Capital Management, LLC, a Delaware limited liability company; (xii) Redwood Doe Funds 1-7; (xiii) Colbeck Capital Management, LLC, a Delaware limited liability company; and (xiv) Colbeck Doe Funds 1-3 – for sex trafficking and conspiracy to benefit from a trafficking venture in violation of 18 U.S.C. §§ 1591, 1594, and 1595, for receipt, transport, and possession of child pornography in violation of 18 U.S.C. §§ 2252, 2252A, and 2255, and state statutory and common law violations.

31. This case involves substantially the same subject matter as an action pending in the United States District Court for the Central District of California brought by Plaintiff W.L. This action is captioned *W.L. v. MindGeek S.A.R.L. et al.*, Case No. 2:24-cv-04977, filed June 13, 2024 ("W.L. Action").

32. Plaintiff in the W.L. Action is represented by the following counsel:

Michael J. Bowe (*pro hac vice* application pending)
mbowe@brownrudnick.com
Lauren Tabaksblat (*pro hac vice* application pending)
ltabaksblat@brownrudnick.com
**BROWN RUDNICK LLP**
7 Times Square
New York, NY 10036
T: (212) 209-4800
F: (212) 209-4801

David M. Stein (#198256)
dstein@olsonstein.com
**Olson Stein LLP**
240 Nice Lane, #301
Newport Beach, California 92663
T: (949) 887-4600

33. Plaintiff in the W.L. Action is seeking damages and injunctive relief against defendants – (i) MindGeek S.A.R.L., a foreign entity; (ii) MG Freesites, Ltd., d/b/a Pornhub, a foreign entity; (iii) MindGeek USA Incorporated, a Delaware corporation; (iv) MG Premium Ltd., a foreign entity; (v) MG Global Entertainment Inc., a Delaware corporation; (vi) 9219-1568 Quebec, Inc., d/b/a MindGeek, a foreign entity; (vii) Bernd Bergmair, a foreign individual; (viii) Feras Antoon, a foreign individual; (ix) David Tassillo, a foreign individual; (x) Visa Inc., a

Delaware corporation; (xi) Redwood Capital Management, LLC, a Delaware limited liability company; (xii) Redwood Doe Funds 1-7; (xiii) Colbeck Capital Management, LLC, a Delaware limited liability company; and (xiv) Colbeck Doe Funds 1-3 – for sex trafficking and conspiracy to benefit from a trafficking venture in violation of 18 U.S.C. §§ 1591, 1594, and 1595, for receipt, transport, and possession of child pornography in violation of 18 U.S.C. §§ 2252, 2252A, and 2255, and state statutory and common law violations.

34. This case involves substantially the same subject matter as an action pending in the United States District Court for the Central District of California brought by Plaintiff C.S. This action is captioned *C.S. v. MindGeek S.A.R.L. et al.*, Case No. 2:24-cv-04992, filed June 13, 2024 ("C.S. Action").

35. Plaintiff in the C.S. Action is represented by the following counsel:

Michael J. Bowe (*pro hac vice* application pending)
mbowe@brownrudnick.com
Lauren Tabaksblat (*pro hac vice* application pending)
ltabaksblat@brownrudnick.com
**BROWN RUDNICK LLP**
7 Times Square
New York, NY 10036
T: (212) 209-4800
F: (212) 209-4801

David M. Stein (#198256)
dstein@olsonstein.com
**Olson Stein LLP**
240 Nice Lane, #301
Newport Beach, California 92663
T: (949) 887-4600

36. Plaintiff in the C.S. Action is seeking damages and injunctive relief against defendants – (i) MindGeek S.A.R.L., a foreign entity; (ii) MG Freesites, Ltd., d/b/a Pornhub, a foreign entity; (iii) MindGeek USA Incorporated, a Delaware corporation; (iv) MG Premium Ltd., a foreign entity; (v) MG Global Entertainment Inc., a Delaware corporation; (vi) 9219-1568 Quebec, Inc., d/b/a MindGeek, a foreign entity; (vii) Bernd Bergmair, a foreign individual; (viii) Feras Antoon, a foreign individual; (ix) David Tassillo, a foreign individual; (x) Visa Inc., a

Delaware corporation; (xi) Redwood Capital Management, LLC, a Delaware limited liability company; (xii) Redwood Doe Funds 1-7; (xiii) Colbeck Capital Management, LLC, a Delaware limited liability company; and (xiv) Colbeck Doe Funds 1-3 – for sex trafficking and conspiracy to benefit from a trafficking venture in violation of 18 U.S.C. §§ 1591, 1594, and 1595, for receipt, transport, and possession of child pornography in violation of 18 U.S.C. §§ 2252, 2252A, and 2255, and state statutory and common law violations.

37. This case involves substantially the same subject matter as an action pending in the United States District Court for the Central District of California brought by Plaintiff S.O. This action is captioned *S.O. v. MindGeek S.A.R.L. et al.*, Case No. 2:24-cv-04998, filed June 13, 2024 ("S.O. Action").

38. Plaintiff in the S.O. Action is represented by the following counsel:

Michael J. Bowe (*pro hac vice* application pending)
mbowe@brownrudnick.com
Lauren Tabaksblat (*pro hac vice* application pending)
ltabaksblat@brownrudnick.com
**BROWN RUDNICK LLP**
7 Times Square
New York, NY 10036
T: (212) 209-4800
F: (212) 209-4801

David M. Stein (#198256)
dstein@olsonstein.com
**Olson Stein LLP**
240 Nice Lane, #301
Newport Beach, California 92663
T: (949) 887-4600

39. Plaintiff in the S.O. Action is seeking damages and injunctive relief against defendants – (i) MindGeek S.A.R.L., a foreign entity; (ii) MG Freesites, Ltd., d/b/a Pornhub, a foreign entity; (iii) MindGeek USA Incorporated, a Delaware corporation; (iv) MG Premium Ltd., a foreign entity; (v) MG Global Entertainment Inc., a Delaware corporation; (vi) 9219-1568 Quebec, Inc., d/b/a MindGeek, a foreign entity; (vii) Bernd Bergmair, a foreign individual; (viii) Feras Antoon, a foreign individual; (ix) David Tassillo, a foreign individual; (x) Visa Inc., a

Delaware corporation; (xi) Redwood Capital Management, LLC, a Delaware limited liability company; (xii) Redwood Doe Funds 1-7; (xiii) Colbeck Capital Management, LLC, a Delaware limited liability company; and (xiv) Colbeck Doe Funds 1-3 – for sex trafficking and conspiracy to benefit from a trafficking venture in violation of 18 U.S.C. §§ 1591, 1594, and 1595, for receipt, transport, and possession of child pornography in violation of 18 U.S.C. §§ 2252, 2252A, and 2255, and state statutory and common law violations.

DATED: June 14, 2024                    Respectfully submitted,

**BROWN RUDNICK LLP**

By: */s/ Michael J. Bowe*
    Michael J. Bowe
    (*pro hac vice* application forthcoming)
    Lauren Tabaksblat
    (*pro hac vice* application forthcoming)

*Attorneys for Plaintiff*