<u>ATTACHMENT 1(c) TO CIVIL COVER SHEET</u>

<u>Plaintiff's Attorneys:</u>

Michael J. Bowe (*pro hac vice* application forthcoming)
mbowe@brownrudnick.com
Lauren Tabaksblat (*pro hac vice* application forthcoming)
ltabaksblat@brownrudnick.com
**BROWN RUDNICK LLP**
7 Times Square
New York, NY 10036
Telephone: (212) 209-4800
Facsimile: (212) 209-4801

David M. Stein (#198256)
dstein@olsonstein.com
**Olson Stein LLP**
240 Nice Lane, #301
Newport Beach, California 92663
Telephone: (949) 887-4600