ATTACHMENT 9(b) TO CIVIL COVER SHEET

8:21-cv-00338-WLH-ADS

2:21-cv-04920-WLH-ADS

2:24-cv-04786-JFW-MAA

2:24-cv-04788-MWF-AGR

2:24-cv-04791-JFW-PVC

2:24-cv-04795-MRA-PD

2:24-cv-04800-DMG-KS

2:24-cv-04801-CBM-JPR

2:24−cv−04971-RGK-SSC

2:24-cv-04992

2:24-cv-04998