Michael J. Bowe
(*pro hac vice* application forthcoming*)*
mbowe@brownrudnick.com
Lauren Tabaksblat
(*pro hac vice* application forthcoming)
ltabaksblat@brownrudnick.com
**BROWN RUDNICK LLP**
7 Times Square
New York, NY 10036
Telephone: (212) 209-4800
Facsimile: (212) 209-4801

David M. Stein (#198256)
dstein@olsonstein.com
**Olson Stein LLP**
240 Nice Lane, #301
Newport Beach, California 92663
Telephone: (949) 887-4600

*Attorneys for Plaintiff*

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| L.S.,<br><br>                    Plaintiff,<br><br>          v.<br><br>MINDGEEK S.A.R.L., a foreign entity; MG FREESITES LTD, a foreign entity; MINDGEEK USA INCORPORATED, a Delaware corporation; MG PREMIUM LTD, a foreign entity; MG GLOBAL ENTERTAINMENT INC., a Delaware corporation; 9219-1568 QUEBEC, INC., a foreign entity; BERND BERGMAIR, a foreign individual; FERAS ANTOON, a foreign individual; DAVID TASSILLO, a foreign individual; VISA INC., a Delaware corporation; REDWOOD CAPITAL MANAGEMENT, LLC, a Delaware limited liability company; REDWOOD DOE FUNDS 1-7; COLBECK CAPITAL MANAGEMENT, LLC, a Delaware limited liability company; COLBECK DOE FUNDS 1-3,<br><br>                    Defendants. | CASE NO. 2:24-cv-05026<br><br>**[PROPOSED] ORDER GRANTING PLAINTIFF'S MOTION FOR LEAVE TO PROCEED UNDER A PSEUDONYM** |

1    **[PROPOSED] ORDER**

2         THIS MATTER comes before this Court upon Plaintiff L.S.'s Motion for

3    Leave to Proceed Under A Pseudonym.  After full consideration, and good cause

4    appearing to the Court, IT IS HEREBY ORDERED THAT:

5         1.    Plaintiff L.S. is granted leave to proceed in this litigation under

6    pseudonym L.S.;

7         2.    Plaintiff L.S. must be referred to by all parties in all public filings,

8    including the Complaint, as L.S.;

9         3.    The identity of Plaintiff L.S. shall not be otherwise disclosed.

10

11        IT IS SO ORDERED.

12

13   Dated:                                    _____

14                                             Hon.
                                               United States District Judge

15

16

17

18

19

20

21

22

23

24

25

26

27

28

[PROPOSED] ORDER GRANTING PLAINTIFF'S
MOTION FOR LEAVE TO PROCEED UNDER A PSEUDONYM