Name and address:
David M. Stein (#198256)
Olson Stein LLP
240 Nice Lane, #301
Newport Beach, California 92663
dstein@olsonstein.com

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

L.S.

v.

MINDGEEK S.A.R.L, et al.,

Plaintiff(s)

Defendant(s).

CASE NUMBER

2:24-cv-05026

**(PROPOSED) ORDER ON APPLICATION OF NON-RESIDENT ATTORNEY TO APPEAR IN A SPECIFIC CASE *PRO HAC VICE***

The Court, having determined whether the required fee has been paid, and having reviewed the Application of Non-Resident Attorney to Appear in a Specific Case *Pro Hac Vice* filed by

Tabaksblat, Lauren
*Applicant's Name (Last Name, First Name & Middle Initial)*

212-209-4800
*Telephone Number*

212-209-4801
*Fax Number*

ltabaksblat@brownrudnick.com
*E-Mail Address*

of

BROWN RUDNICK LLP
7 Times Square
New York, N.Y. 10036

*Firm/Agency Name & Address*

for permission to appear and participate in this case on behalf of

L.S.

*Name(s) of Party(ies) Represented*

☒ Plaintiff(s)  ☐ Defendant(s)  ☐ Other:

and designating as Local Counsel

Stein, David M.
*Designee's Name (Last Name, First Name & Middle Initial)*

198256
*Designee's Cal. Bar No.*

949-887-4600
*Telephone Number*

*Fax Number*

dstein@olsonstein.com
*E-Mail Address*

of

OLSON STEIN LLP
240 Nice Lane, #301
Newport Beach, CA 92663

*Firm/Agency Name & Address*

**HEREBY ORDERS THAT the Application be:**

☐ GRANTED.

☐ DENIED: ☐ for failure to pay the required fee.

☐ for failure to attach a Certificate of Good Standing issued within 30 days prior to filing of Application.

☐ for failure to complete Application: _____

☐ pursuant to L.R. 83-2.1.3.2: ☐ Applicant resides in California; ☐ previous Applications listed indicate Applicant is regularly employed or engaged in business, professional, or other similar activities in California.

☐ pursuant to L.R. 83-2.1.3.4; Local Counsel: ☐ is not member of Bar of this Court; ☐ does not maintain office in District.

☐ because _____

**IT IS HEREBY FURTHER ORDERED THAT** the Application fee, if paid: ☐ be refunded  ☐ not be refunded.

Dated _____

_____
U.S. District Judge/U.S. Magistrate Judge