Name and address:

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| L.S.<br><br>v.<br><br>MINDGEEK S.A.R.L, et al.,<br><br>Plaintiff(s)<br><br>Defendant(s). | CASE NUMBER<br><br>2:24-cv-05026<br><br>**ORDER ON APPLICATION OF NON-RESIDENT ATTORNEY TO APPEAR IN A SPECIFIC CASE *PRO HAC VICE*** [8] |

The Court, having determined whether the required fee has been paid, and having reviewed the Application of Non-Resident Attorney to Appear in a Specific Case *Pro Hac Vice* filed by

Bowe, Michael J
*Applicant's Name (Last Name, First Name & Middle Initial)*

of BROWN RUDNICK LLP
7 Times Square
New York, N.Y. 10036
*Firm/Agency Name & Address*

212-209-4800    *Telephone Number*
212-209-4801    *Fax Number*
mbowe@brownrudnick.com    *E-Mail Address*

for permission to appear and participate in this case on behalf of

L.S.
_____
_____
*Name(s) of Party(ies) Represented*

[X] Plaintiff(s)  [ ] Defendant(s)  [ ] Other: _____

and designating as Local Counsel

Stein, David M.
*Designee's Name (Last Name, First Name & Middle Initial)*

of OLSON STEIN LLP
240 Nice Lane, #301
Newport Beach, CA 92663
*Firm/Agency Name & Address*

198256    *Designee's Cal. Bar No.*
949-887-4600    *Telephone Number*
    *Fax Number*
dstein@olsonstein.com    *E-Mail Address*

**HEREBY ORDERS THAT the Application be:**

[X] **GRANTED.**
[ ] **DENIED:**  [ ] for failure to pay the required fee.
   [ ] for failure to attach a Certificate of Good Standing issued within 30 days prior to filing of Application.
   [ ] for failure to complete Application: _____
   [ ] pursuant to L.R. 83-2.1.3.2: [ ] Applicant resides in California; [ ] previous Applications listed indicate Applicant is regularly employed or engaged in business, professional, or other similar activities in California.
   [ ] pursuant to L.R. 83-2.1.3.4; Local Counsel: [ ] is not member of Bar of this Court; [ ] does not maintain office in District.
   [ ] because _____

**IT IS HEREBY FURTHER ORDERED THAT the Application fee, if paid:** [ ] be refunded  [ ] not be refunded.

Dated    7/9/2024

*/s/ Wesley L. Hsu*
Wesley L. Hsu, U.S. District Judge