Name and address:

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| L.S.<br>v.<br>MINDGEEK S.A.R.L, et al.,<br><br>Plaintiff(s)<br><br>Defendant(s). | **CASE NUMBER**<br>2:24-cv-05026<br><br>**ORDER ON APPLICATION OF NON-RESIDENT ATTORNEY TO APPEAR IN A SPECIFIC CASE *PRO HAC VICE*** [9] |

The Court, having determined whether the required fee has been paid, and having reviewed the Application of Non-Resident Attorney to Appear in a Specific Case *Pro Hac Vice* filed by

Tabaksblat, Lauren        of    BROWN RUDNICK LLP
*Applicant's Name (Last Name, First Name & Middle Initial)*    7 Times Square
212-209-4800        212-209-4801    New York, N.Y. 10036
*Telephone Number*    *Fax Number*
ltabaksblat@brownrudnick.com
*E-Mail Address*        *Firm/Agency Name & Address*

for permission to appear and participate in this case on behalf of

L.S.

*Name(s) of Party(ies) Represented*    ☒ Plaintiff(s)  ☐ Defendant(s)  ☐ Other: _____

and designating as Local Counsel

Stein, David M.        of    OLSON STEIN LLP
*Designee's Name (Last Name, First Name & Middle Initial)*    240 Nice Lane, #301
198256        949-887-4600        Newport Beach, CA 92663
*Designee's Cal. Bar No.*    *Telephone Number*    *Fax Number*
dstein@olsonstein.com
*E-Mail Address*        *Firm/Agency Name & Address*

**HEREBY ORDERS THAT the Application be:**
☒ GRANTED.
☐ DENIED:  ☐ for failure to pay the required fee.
    ☐ for failure to attach a Certificate of Good Standing issued within 30 days prior to filing of Application.
    ☐ for failure to complete Application: _____
    ☐ pursuant to L.R. 83-2.1.3.2: ☐ Applicant resides in California; ☐ previous Applications listed indicate Applicant is regularly employed or engaged in business, professional, or other similar activities in California.
    ☐ pursuant to L.R. 83-2.1.3.4; Local Counsel: ☐ is not member of Bar of this Court; ☐ does not maintain office in District.
    ☐ because _____

**IT IS HEREBY FURTHER ORDERED THAT the Application fee, if paid:** ☐ be refunded  ☐ not be refunded.

Dated    7/9/2024
                                                                    *Wesley L. Hsu, U.S. District Judge*

G-64 ORDER (5/16)    (PROPOSED) ORDER ON APPLICATION OF NON-RESIDENT ATTORNEY TO APPEAR IN A SPECIFIC CASE *PRO HAC VICE*    Page 1 of 1