UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| L.S.,<br><br>　　　　　　Plaintiff,<br><br>　　v.<br><br>MINDGEEK S.A.R.L., a foreign entity; MG FREESITES LTD, a foreign entity; MINDGEEK USA INCORPORATED, a Delaware corporation; MG PREMIUM LTD, a foreign entity; MG GLOBAL ENTERTAINMENT INC., a Delaware corporation; 9219-1568 QUEBEC, INC., a foreign entity; BERND BERGMAIR, a foreign individual; FERAS ANTOON, a foreign individual; DAVID TASSILLO, a foreign individual; VISA INC., a Delaware corporation; REDWOOD CAPITAL MANAGEMENT, LLC, a Delaware limited liability company; REDWOOD DOE FUNDS 1-7; COLBECK CAPITAL MANAGEMENT, LLC, a Delaware limited liability company; COLBECK DOE FUNDS 1-3,<br><br>　　　　　　Defendants. | CASE NO. 2:24-cv-05026 -WLH-ADS<br><br>**ORDER GRANTING PLAINTIFF'S MOTION FOR LEAVE TO PROCEED UNDER A PSEUDONYM**  [7] |

THIS MATTER comes before this Court upon Plaintiff L.S.'s Motion for Leave to Proceed Under A Pseudonym. After full consideration, and good cause appearing to the Court, IT IS HEREBY ORDERED THAT:

1. Plaintiff L.S. is granted leave to proceed in this litigation under pseudonym L.S.;

2. Plaintiff L.S. must be referred to by all parties in all public filings, including the Complaint, as L.S.;

3. The identity of Plaintiff L.S. shall not be otherwise disclosed.

IT IS SO ORDERED.

Dated: 7/10/2024

Hon. WESLEY L. HSU
United States District Judge