Russell J. Gould (SBN 313352)
WHITE & CASE LLP
555 S. Flower Street, Suite 2700
Los Angeles, CA 90071-24
Tel: (213) 620-7852
Fax: (213) 452-2329
Email: russell.gould@whitecase.com

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

L.S.

Plaintiff(s)

v.

MindGeek S.A.R.L., et al.

Defendant(s).

CASE NUMBER

2:24-cv-05026-WLH-ADS

**(PROPOSED) ORDER ON APPLICATION OF NON-RESIDENT ATTORNEY TO APPEAR IN A SPECIFIC CASE *PRO HAC VICE***

**The Court, having determined whether the required fee has been paid, and having reviewed the Application of Non-Resident Attorney to Appear in a Specific Case *Pro Hac Vice* filed by**

Hille, David G.
*Applicant's Name (Last Name, First Name & Middle Initial)*

(212) 819-8200
*Telephone Number*

(212) 354-8113
*Fax Number*

dhille@whitecase.com
*E-Mail Address*

of

White & Case LLP
1221 Avenue of the Americas
New York, NY 10020-1095

*Firm/Agency Name & Address*

**for permission to appear and participate in this case on behalf of**

Colbeck Capital Management, LLC

*Name(s) of Party(ies) Represented*   ☐ *Plaintiff(s)*   ☒ *Defendant(s)*   ☐ *Other:* _____

**and designating as Local Counsel**

Gould, Russell J.
*Designee's Name (Last Name, First Name & Middle Initial)*

313352
*Designee's Cal. Bar No.*

(213) 620-7852
*Telephone Number*

(213) 452-2329
*Fax Number*

russell.gould@whitecase.com
*E-Mail Address*

of

White & Case LLP
555 S. Flower Street, Suite 2700
Los Angeles, CA 90071-2433

*Firm/Agency Name & Address*

**HEREBY ORDERS THAT the Application be:**

☐ GRANTED.
☐ DENIED:  ☐ for failure to pay the required fee.
            ☐ for failure to attach a Certificate of Good Standing issued within 30 days prior to filing of Application.
            ☐ for failure to complete Application: _____
            ☐ pursuant to L.R. 83-2.1.3.2: ☐ Applicant resides in California; ☐ previous Applications listed indicate Applicant is regularly employed or engaged in business, professional, or other similar activities in California.
            ☐ pursuant to L.R. 83-2.1.3.4; Local Counsel: ☐ is not member of Bar of this Court; ☐ does not maintain office in District.
            ☐ because _____

**IT IS HEREBY FURTHER ORDERED THAT the Application fee, if paid:** ☐ be refunded  ☐ not be refunded.

**Dated** _____

U.S. District Judge/U.S. Magistrate Judge