# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| L.S.<br><br>Plaintiff(s),<br><br>v.<br><br>MINDGEEK S.A.R.L., et al.<br><br>Defendant(s). | CASE NUMBER:<br><br>2:24−cv−05026−WLH−ADS<br><br><br><br>**ORDER IN RESPONSE TO NOTICE TO FILER OF DEFICIENCIES IN FILED DOCUMENT** |

In accordance with the Notice to Filer of Deficiencies in Filed Document

**REGARDING:**

| Date Filed | Document. No. | Title of Document. |
|---|---|---|
| 07/29/2024 | 30 | Application of Non−Resident Attorney to Appear in a Specific Case Pro Hac Vice |

**IT IS HEREBY ORDERED:**

 Counsel shall submit Certificates of Good Standing for every state court listed to which the applicant has been admitted.

DATED: July 31, 2024

 /s/ *Wesley L. Hsu*
 United States District Judge