WIECHERT, MUNK & GOLDSTEIN, PC
David W. Wiechert, SBN 94607
4000 MacArthur Blvd., Suite 600 East Tower
Newport Beach, CA 92660
Telephone: (949) 361-2822
dwiechert@aol.com

MORVILLO ABRAMOWITZ GRAND IASON & ANELLO P.C.
Jonathan S. Sack
565 Fifth Avenue
New York, NY 10017
Telephone: (212) 880-9410
jsack@maglaw.com

*Attorneys for Defendant
David Tassillo*

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| L.S., <br><br> Plaintiff(s), <br><br> vs. <br><br> MindGeek S.A.R.L. et al., <br><br> Defendant(s). | Case No.: 2:24-cv-05026-WLH-ADS <br><br> Honorable Wesley L. Hsu <br><br> **CERTIFICATE OF GOOD STANDING IN SUPPORT OF APPLICATION OF NON-RESIDENT ATTORNEY JONATHAN S. SACK TO APPEAR** *PRO HAC VICE* |

Counsel, Jonathan S. Sack, for defendant, David Tassillo, hereby submits the Certificate of Good Standing from the State of Connecticut in support of the Application of Non-Resident Attorney to Appear *pro hac vice* attached hereto.

MORVILLO ABRAMOWITZ
GRAND IASON & ANELLO P.C.

8/1/2024
DATE

*s/Jonathan S. Sack*
Jonathan S. Sack
*Counsel for David Tassillo*

# State of Connecticut
# Supreme Court

I, **Carl D. Cicchetti**, Chief Clerk of the Supreme Court of the State of Connecticut and keeper of the Seal thereof,

*Do hereby certify*, that, in the Superior Court at **Hartford** on the **20th** day of **November, 1986**

**Jonathan Scott Sack**

of
**Brooklyn, NY**

having been examined and found duly qualified, was sworn as an attorney and admitted to practice before all courts of this state, and that said attorney is a member of in good standing of the Bar of this State pursuant to Practice Book §2-65.



*In Testimony Whereof*, I have hereunto set my hand and affix the Seal of the Supreme Court of the State of Connecticut, at Hartford, this day **July 29, 2024**

*Carl D. Cicchetti*
Chief Clerk