

## Appellate Division of the Supreme Court of the State of New York First Judicial Department

I, Susanna M. Rojas, Clerk of the Appellate Division of the Supreme Court of the State of New York, First Judicial Department, do hereby certify that

## Ronald G White

was duly licensed and admitted to practice as an Attorney and Counselor at Law in all the courts of this State on **February 26, 2004**, has duly taken and subscribed the oath of office prescribed by law, has been enrolled in the Roll of Attorneys and Counselors at Law on file in this office, is duly registered with the Office of Court Administration, and according to the records of this Court is currently in good standing as an Attorney and Counselor-at-Law.



In Witness Whereof, I have hereunto set my hand in the City of New York on July 24, 2024.

*Susanna M Rojas*
Clerk of the Court

CertID-00184489



# Supreme Court of the State of New York
## Appellate Division, First Department

**DIANNE T. RENWICK**
Presiding Justice

**SUSANNA MOLINA ROJAS**
Clerk of the Court

**MARGARET SOWAH**
Deputy Clerk of the Court

**DOUGLAS C. SULLIVAN**
Deputy Clerk of the Court

To Whom It May Concern

    An attorney admitted to practice by this Court may request a certificate of good standing, which is the only official document this Court issues certifying to an attorney's admission and good standing.

    An attorney's registration status, date of admission and disciplinary history may be viewed through the attorney search feature on the website of the Unified Court System.

    New York State does not register attorneys as active or inactive.

    An attorney may request a disciplinary history letter from the Attorney Grievance Committee of the First Judicial Department.

    Bar examination history is available from the New York State Board of Law Examiners.

    Instructions, forms and links are available on this Court's website.

*Susanna Rojas*
Susanna Rojas
Clerk of the Court

Revised October 2020

27 Madison Avenue    New York, New York 10010-2201
Tel.: (212) 340 0400    Internet: www.nycourts.gov/courts/ad1/

# Supreme Court of Maryland

### Annapolis, MD



### CERTIFICATE OF GOOD STANDING

STATE OF MARYLAND, ss:

I, Gregory Hilton, Clerk of the Supreme Court of Maryland, do hereby certify that on the sixteenth day of December, 1988,

### Ronald G. White

having first taken and subscribed the oath prescribed by the Constitution and Laws of this State, was admitted as an attorney of said Court, is now in good standing, and as such is entitled to practice law in any of the Courts of said State, subject to the Rules of Court. This certificate of good standing is valid through the twenty-first day of September, 2024.



**In Testimony Whereof,** I have hereunto set my hand as Clerk, and affixed the Seal of the Supreme Court of Maryland, this twenty-third day of July, 2024.

*Gregory Hilton*

Clerk of the Supreme Court of Maryland



On behalf of JULIO A. CASTILLO, Clerk of the District of Columbia Court of Appeals, the District of Columbia Bar does hereby certify that

# Ronald G White

was duly qualified and admitted on June 4, 1990 as an attorney and counselor entitled to practice before this Court; and is, on the date indicated below, an Active member in good standing of this Bar.

In Testimony Whereof,
I have hereunto subscribed my
name and affixed the seal of this
Court at the City of
Washington, D.C., on July 23, 2024.

*JULIO A. CASTILLO*
Clerk of the Court

Issued By:

David Chu - Director, Membership
District of Columbia Bar Membership

For questions or concerns, please contact the D.C. Bar Membership Office at 202-626-3475 or email memberservices@dcbar.org.