Dan Marmalefsky (SBN 95477)
Morrison & Foerster LLP
707 Wilshire Boulevard, Suite 6000
Los Angeles, CA 90017
Tel: 212-892-5809
Fax: 212-892-5454
Email: dmarmalefsky@mofo.com

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

L.S.

*Plaintiff(s)*

v.

MindGeek S.A.R.L., et al.

*Defendant(s).*

CASE NUMBER

2:24-cv-05026

**(PROPOSED) ORDER ON APPLICATION OF NON-RESIDENT ATTORNEY TO APPEAR IN A SPECIFIC CASE *PRO HAC VICE***

The Court, having determined whether the required fee has been paid, and having reviewed the Application of Non-Resident Attorney to Appear in a Specific Case *Pro Hac Vice* filed by

White, Ronald G.    of    Walden Macht Haran & Williams LLP
                         250 Vesey Street, 27th Floor
*Applicant's Name (Last Name, First Name & Middle Initial)*    New York, NY 10281

212-335-2387    212-335-2040
*Telephone Number*    *Fax Number*

rwhite@wmhwlaw.com
*E-Mail Address*    *Firm/Agency Name & Address*

for permission to appear and participate in this case on behalf of

Bernd Bergmair

*Name(s) of Party(ies) Represented*    ☐ *Plaintiff(s)*  ☒ *Defendant(s)*  ☐ Other: ___

and designating as Local Counsel

Marmalefsky, Dan    of    Morrison & Foerster LLP
                         707 Wilshire Boulevard, Suite 6000
*Designee's Name (Last Name, First Name & Middle Initial)*    Los Angeles, CA 90017

95477    213-892-5809    212-892-5454
*Designee's Cal. Bar No.*    *Telephone Number*    *Fax Number*

dmarmalefsky@mofo.com
*E-Mail Address*    *Firm/Agency Name & Address*

**HEREBY ORDERS THAT the Application be:**
☐ GRANTED.
☐ DENIED:  ☐ for failure to pay the required fee.
           ☐ for failure to attach a Certificate of Good Standing issued within 30 days prior to filing of Application.
           ☐ for failure to complete Application: ___
           ☐ pursuant to L.R. 83-2.1.3.2:  ☐ Applicant resides in California;  ☐ previous Applications listed indicate Applicant is regularly employed or engaged in business, professional, or other similar activities in California.
           ☐ pursuant to L.R. 83-2.1.3.4; Local Counsel:  ☐ is not member of Bar of this Court;  ☐ does not maintain office in District.
           ☐ because ___

**IT IS HEREBY FURTHER ORDERED THAT** the Application fee, if paid:  ☐ be refunded  ☐ not be refunded.

Dated ___

___
U.S. District Judge/U.S. Magistrate Judge