# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| L.S.<br><br>Plaintiff(s),<br><br>v.<br><br>MINDGEEK S.A.R.L., et al.<br><br>Defendant(s). | CASE NUMBER:<br><br>2:24–cv–05026–WLH–ADS<br><br>**NOTICE TO FILER OF DEFICIENCIES IN ELECTRONICALLY FILED PRO HAC VICE APPLICATION** |

**PLEASE TAKE NOTICE:**

The following problem(s) have been found with your electronically filed document:

_9/12/2024_   _43_   _Application of Non–Resident Attorney to Appear in a Specific Case Pro Hac Vice_
Date Filed   Doc. No.   Title of Doc.

**ERROR(S) WITH DOCUMENT:**

Docket and pro hac vice applicatiion/proposed order conflict; re name of local counsel (Esteban Morales or Esteban Morales Fabila).

Other:

**Note:** In response to this notice, the Court may: 1) deny the Application; 2) order an amended or corrected document to be filed; 3) order the document stricken; or 4) take other action as the Court deems appropriate. You need not take any action in response to this notice unless and until the Court directs you to do so.

Clerk, U.S. District Court

Dated: _September 13, 2024_    By: _/s/ Andrea Kannike  Andrea_Kannike@cacd.uscourts.gov_
                                    Deputy Clerk

*cc: Assigned District Judge and/or Magistrate Judge*

**Please refer to the Court's website at www.cacd.uscourts.gov for Local Rules, General Orders, and applicable forms.**

G–112C(10/23)    Notice to Filer of Deficiencies in Electronically Filed Pro Hac Vice Application