Name and address:

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| L.S., <br><br> Plaintiff(s) <br><br> v. <br><br> MINDGEEK S.A.R.L, et al. <br><br> Defendant(s) | CASE NUMBER <br> 2:24-cv-05026-WLH-ADS <br><br> **ORDER ON APPLICATION OF NON-RESIDENT ATTORNEY TO APPEAR IN A SPECIFIC CASE *PRO HAC VICE* [43]** |

**The Court, having determined whether the required fee has been paid, and having reviewed the Application of Non-Resident Attorney to Appear in a Specific Case *Pro Hac Vice* filed by**

Biagetti, Peter A.                of    Mintz Levin Cohn Ferris Glovsky and Popeo, P.C.
                                        One Financial Center
617-542-6000    617-542-2241            Boston, MA 02111
*Telephone Number*  *Fax Number*
pabiagetti@mintz.com
*E-Mail Address*                        *Firm/Agency Name & Address*

**for permission to appear and participate in this case on behalf of**

Defendants MindGeek S.à r.l., MG Freesites Ltd, MindGeek USA Incorporated, MG Premium Ltd, MG Global Entertainment Inc., and 9219-1568 Quebec, Inc.

*Name(s) of Party(ies) Represented* ☐ Plaintiff(s)  ☒ Defendant(s)  ☐ Other:

**and designating as Local Counsel**

Morales, Esteban                  of    Mintz Levin Cohn Ferris Glovsky and Popeo, P.C.
*Designee's Name (Last Name, First Name & Middle Initial)*  2049 Century Park East, Suite 300
273948    310-586-3200    310-586-3202    Los Angeles, CA 90067
*Designee's Cal. Bar No.*  *Telephone Number*  *Fax Number*
emorales@mintz.com
*E-Mail Address*                        *Firm/Agency Name & Address*

**HEREBY ORDERS THAT the Application be:**

☒ GRANTED.
☐ DENIED: ☐ for failure to pay the required fee.
  ☐ for failure to attach a Certificate of Good Standing issued within 30 days prior to filing of Application.
  ☐ for failure to complete Application:
    ☐ pursuant to L.R. 83-2.1.3.2: ☐ Applicant resides in California; ☐ previous Applications listed indicate Applicant is regularly employed or engaged in business, professional, or other similar activities in California.
    ☐ pursuant to L.R. 83-2.1.3.4; Local Counsel: ☐ is not member of Bar of this Court; ☐ does not maintain office in District.
    ☐ because

**IT IS HEREBY FURTHER ORDERED THAT the Application fee, if paid:** ☐ be refunded ☐ not be refunded.

**Dated** 10/4/2024

*(signature)*
**Wesley L. Hsu, U.S. District Judge**