1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| L.S.,<br><br>        Plaintiff,<br><br>    v.<br><br>MINDGEEK S.A.R.L. a foreign entity;<br>MG FREESITES LTD, a foreign entity;<br>MINDGEEK USA INCORPORATED, a<br>Delaware corporation; MG PREMIUM<br>LTD, a foreign entity; MG GLOBAL<br>ENTERTAINMENT INC., a Delaware<br>corporation; 9219-1568 QUEBEC, INC.,<br>a foreign entity; BERND BERGMAIR, a<br>foreign individual; FERAS ANTOON, a<br>foreign individual; DAVID TASSILLO,<br>a foreign individual; VISA INC., a<br>Delaware corporation; REDWOOD<br>CAPITAL MANAGEMENT, LLC, a<br>Delaware limited liability company;<br>REDWOOD DOE FUNDS 1-7;<br>COLBECK CAPITAL<br>MANAGEMENT, LLC, a Delaware<br>limited liability company; COLBECK<br>DOE FUNDS 1-3,<br><br>        Defendants. | Case No. 2:24-cv-05026-WLH-ADS<br><br>**[PROPOSED] ORDER GRANTING<br>JOINT STIPULATION TO<br>REQUEST LIMITED<br>COORDINATION FOR PURPOSES<br>OF RESPONDING TO<br>COMPLAINTS IN RELATED<br>CASES** |

[PROPOSED] ORDER GRANTING JOINT STIPULATION TO REQUEST LIMITED
COORDINATION OF RELATED CASES FOR PURPOSES OF RESPONDING TO COMPLAINTS
ONLY

1    On October 4, 2024, Plaintiff L.S. ("Plaintiff") and Defendants MindGeek

2    S.à.r.l., MG Freesites Ltd, MindGeek USA Incorporated, MG Premium Ltd, MG

3    Global Entertainment Inc., 9219-1568 Quebec Inc., Bernd Bergmair, Feras Antoon,

4    David Tassillo, Visa Inc., Redwood Capital Management, LLC, and Colbeck Capital

5    Management, LLC (collectively, "Defendants"; Defendants together with Plaintiff,

6    the "Parties"), filed a Joint Stipulation to Request Limited Coordination for Purposes

7    of Responding to Complaints in Related Cases (the "Joint Stipulation").

8    The Court, having considered the Parties' Joint Stipulation, and finding good

9    cause therefor, hereby GRANTS the Joint Stipulation and ORDERS as follows:

10    (1) the deadline for each of the Defendants to answer, move, or otherwise

11    respond to the complaints in each of the Related Cases is **October 21, 2024**;

12    (2) in response to the complaints in each of the Related Cases, each defense

13    counsel shall file one omnibus motion to dismiss in the Related Cases on behalf of

14    the parties that they represent.  This omnibus motion shall include any case-specific

15    issues raised in any of the complaints in the Related Cases and may incorporate by

16    reference the arguments made by the Parties in the motion to dismiss briefing in

17    *Fleites v. MindGeek, S.à.r.l, et al.*, Case No. 2:21-cv-04920-WLH-ADS (C.D. Cal.

18    June 17, 2021) ("*Fleites*").  This omnibus motion shall be filed in the following case,

19    *K.A. v. MindGeek, S.à.r.l, et al.*, Case No. 2:24-cv-04786-WLH-ADS (C.D. Cal. June

20    7, 2024) ("*K.A.*"), and the filing Defendant shall file a notice referencing the filing of

21    the omnibus motion in the 13 other Related Cases;

22    (3) the deadline for Plaintiffs' counsel in the Related Cases, Brown Rudnick

23    LLP, to file a single omnibus opposition to all of the Defendants' motions to dismiss

24    filed in the Related Cases, which may incorporate by reference the arguments made

25    by the Parties in the motion to dismiss briefing in the *Fleites* case, is **November 26,**

26    **2024**.  Plaintiffs' counsel shall file their omnibus opposition in the *K.A.* case

27    referenced above, with notices referencing the omnibus opposition filed in the 13

28    other Related Cases;

2

1      (4) Each defense counsel is permitted to file one omnibus reply in support of

2  their respective motion to dismiss filed in the Related Cases by **December 17, 2024**.

3  Defendants shall file their omnibus replies in support of their respective omnibus

4  motions in the *K.A.* case referenced above, with notices referencing the omnibus

5  reply filed in the 13 other Related Cases;

6      (5) A hearing is set for Defendants' omnibus motions to dismiss in the Related

7  Cases **on January 10, 2025, at _____;**

8      (6) the page limit for each Defendant's omnibus motion to dismiss is 50 pages;

9      (7) the page limit for Plaintiffs' single omnibus opposition is 85 pages; and

10      (8) the page limit for each Defendant's omnibus reply in support of motion to

11  dismiss is 35 pages.

12      IT IS SO ORDERED.

13

14  DATED:                       By: _____

15                                     HON. WESLEY L. HSU
                                   UNITED STATES DISTRICT JUDGE

16

17

18

19

20

21

22

23

24

25

26

27

28

[PROPOSED] ORDER GRANTING JOINT STIPULATION TO REQUEST LIMITED
COORDINATION OF RELATED CASES FOR PURPOSES OF RESPONDING TO COMPLAINTS
ONLY