| | |
|---|---|
| 1 | DREW TULUMELLO (#196484) |
| 2 | drew.tulumello@weil.com |
|   | MARK A. PERRY (#212532) |
| 3 | mark.perry@weil.com |
|   | WEIL, GOTSHAL & MANGES LLP |
| 4 | 2001 M Street NW, Suite 600 |
| 5 | Washington, DC 20036 |
|   | Tel: 202 682 7000 |
| 6 | Fax: 202 857 0940 |
| 7 | |
|   | *Attorneys for Visa Inc.* |
| 8 | |

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# SOUTHERN DIVISION

| | |
|---|---|
| L.S., | Case No. 2:24-CV-05026-WLH-ADS |
| Plaintiff, | **NOTICE OF VISA INC.'S OMNIBUS MOTION TO DISMISS FOR FAILURE TO STATE A CLAIM** |
| v. | |
| MINDGEEK S.A.R.L.; MG FREESITES, LTD; MINDGEEK USA INCORPORATED; MG PREMIUM LTD.; MG GLOBAL ENTERTAINMENT INC.; 9219-1568 Quebec, Inc.; BERND BERGMAIR; FERAS ANTOON; DAVID TASSILLO; COREY URMAN; VISA INC.; REDWOOD CAPITAL MANAGEMENT, LLC ; REDWOOD DOE FUNDS 1-7 ; COLBECK CAPITAL MANAGEMENT, LLC; COLBECK DOE FUNDS 1-3, | Date: January 31, 2025<br>Time: 1:30 p.m.<br>Judicial Officer: Wesley L. Hsu<br>Courtroom: 9B |
| Defendants. | |

TO PLAINTIFF AND ATTORNEYS OF RECORD:

PEASE TAKE NOTICE that on January 31, 2025 at 1:30 p.m. or as soon thereafter as the matter may be heard, before the Honorable Wesley L. Hsu in Courtroom 9B, located at 350 W. 1st Street, 9th Floor, Los Angeles, California 90012, Defendant Visa Inc. ("Visa") will and hereby does move to dismiss Plaintiff's claims against Visa, with prejudice, pursuant to Federal Rule of Civil Procedure 12(b)(6). In accordance with the Order Granting Joint Stipulation to Request Limited Coordination for Purposes of Responding to Complaints in Related Cases (ECF No. 49), Visa files its omnibus motion to dismiss in *K.A. v. MindGeek, S.à.r.l., et al.*, Case No. 2:24-cv-04786-WLH-ADS (C.D. Cal. June 7, 2024).

Visa brings this omnibus motion on the grounds that: (i) the Complaint did not state a claim for relief against Visa under the Trafficking Victims Protection Reauthorization Act ("TVPRA"), 18 U.S.C. § 1591(a)(2) or any other secondary liability theory (Count II); (ii) the Complaint did not plausibly allege any conspiracy claim against Visa (Counts IV & XVII); (iii) the Complaint did not plausibly allege any claims for relief under California state law (Count XIV); (iv) the Complaint did not plausibly allege any intentional infliction of emotional distress claim against Visa (Count XVI); and (v) dismissal with prejudice was warranted because any amendment would be futile.

This omnibus motion to dismiss covers claims brought by Plaintiffs against Visa in the following cases:

*K.A. v. MindGeek, S.à.r.l., et al.*, Case No. 2:24-cv-04786-WLH-ADS (C.D. Cal. June 7, 2024); *L.T. v. MindGeek, S.à.r.l., et al.*, Case No. 2:24-cv-04791-WLH-ADS (C.D. Cal. June 7, 2024); *N.L. v. MindGeek, S.à.r.l., et al.*, Case No. 2:24-cv-04788-WLH-ADS (C.D. Cal. June 7, 2024); *N.Y. v. MindGeek, S.à.r.l., et al.*, Case No. 2:24-cv-04801-WLH-ADS (C.D. Cal. June 7, 2024); *T.C. v. MindGeek, S.à.r.l., et al.*, Case No. 2:24-cv-04795-WLH-ADS (C.D. Cal. June 7, 2024); *X.N. v.*

*MindGeek, S.à.r.l., et al.*, Case No. 2:24-cv-04800-WLH-ADS (C.D. Cal. June 7, 2024); *J.C. v. MindGeek, S.à.r.l., et al.*, Case No. 2:24-cv-04971-WLH-ADS (C.D. Cal. June 12, 2024); *C.S. v. MindGeek, S.à.r.l., et al.*, Case No. 2:24-cv-04992-WLH-ADS (C.D. Cal. June 13, 2024); *S.O. v. MindGeek, S.à.r.l., et al.*, Case No. 2:24-cv-04998-WLH-ADS (C.D. Cal. June 13, 2024); *W.L. v. MindGeek, S.à.r.l., et al.*, Case No. 2:24-cv-04977-WLH-ADS (C.D. Cal. June 13, 2024); *L.S. v. MindGeek, S.à.r.l., et al.*, Case No. 2:24-cv-05026-WLH-ADS (C.D. Cal. June 14, 2024); *A.K. v. MindGeek, S.à.r.l., et al.*, Case No. 2:24-cv-05190-WLH-ADS (C.D. Cal. June 20, 2024); *W.P. v. MindGeek, S.à.r.l., et al.*, Case No. 2:24-cv-05185-WLH-ADS (C.D. Cal. June 20, 2024); and *J.L. v. MindGeek, S.à.r.l., et al.*, Case No. 2:24-cv-7046-WLH-ADS (C.D. Cal. Aug. 20, 2024).

This omnibus motion is based upon this Notice of Motion, all other pleadings and papers on file herein, and such other argument and evidence as may be presented to the Court.

Pursuant to Local Rule 7-3, the parties thoroughly discussed the substance and potential resolution of the filed omnibus motion by videoconference, which took place on October 14, 2024.

Dated:  October 30, 2024          RESPECTFULLY SUBMITTED,

*/s/ Drew Tulumello*
DREW TULUMELLO (#196484)
drew.tulumello@weil.com
MARK A. PERRY (#212532)
mark.perry@weil.com
WEIL, GOTSHAL & MANGES LLP
2001 M Street NW, Suite 600
Washington, DC 20036
Tel: 202 682 7000
Fax: 202 857 0940

*Attorneys for Defendant Visa Inc.*