1   Arameh Z. O'Boyle (SBN 239495)
    azoboyle@mintz.com
2   Esteban Morales Fabila (SBN 273948)
    emorales@mintz.com
3   MINTZ LEVIN COHN FERRIS GLOVSKY AND POPEO P.C.
    2049 Century Park East, Suite 300
4   Los Angeles, CA 90067
    Telephone:  (310) 586-3200
5   Facsimile:   (310) 586-3202

6   [*Additional Defendants' Counsel continued on next page*]

7   *Attorneys for Defendants MindGeek*
    *S.à r.l., MG Freesites Ltd, MG Premium*
8   *Ltd, MindGeek USA Incorporated, MG*
    *Global Entertainment Inc., and 9219-1568*
9   *Quebec Inc.*

10

11              **UNITED STATES DISTRICT COURT**
                **CENTRAL DISTRICT OF CALIFORNIA**
12

13  L.S.,                                    | Case No. 2:24-cv-05026-WLH-ADS

14         Plaintiff.                         | **DEFENDANTS MINDGEEK S.A R.L.,**
                                              | **MG FREESITES LTD, MG**
15     v.                                     | **PREMIUM LTD, MINDGEEK USA**
                                              | **INCORPORATED, MG GLOBAL**
16  MINDGEEK S.A.R.L. a foreign entity;       | **ENTERTAINMENT INC., AND 9219-**
    MG FREESITES LTD, a foreign entity;       | **1568 QUEBEC INC.'S CORPORATE**
17  MINDGEEK USA INCORPORATED, a              | **DISCLOSURE STATEMENT**
    Delaware corporation; MG PREMIUM          | **PURSUANT TO FEDERAL RULES**
18  LTD, a foreign entity; MG GLOBAL          | **OF CIVIL PROCEDURE 7.1 AND**
    ENTERTAINMENT INC., a Delaware            | **NOTICE OF INTERESTED PARTIES**
19  corporation; 9219-1568 QUEBEC, INC.,      | **PURSUANT TO LOCAL RULE 7-1.1**
    a foreign entity; BERND BERGMAIR, a       |
20  foreign individual; FERAS ANTOON, a       |
    foreign individual; DAVID TASSILLO,       |
21  a foreign individual; VISA INC., a        | Ctrm:  9B
    Delaware corporation; REDWOOD             | Judge:  Hon. Wesley L. Hsu
22  CAPITAL MANAGEMENT, LLC, a                |
    Delaware limited liability company;       | Complaint Filed:  June 14, 2024
23  REDWOOD DOE FUNDS 1-7;                    |
    COLBECK CAPITAL                           |
24  MANAGEMENT, LLC, a Delaware               |
    limited liability company; COLBECK        |
25  DOE FUNDS 1-3,                            |

26         Defendants.

27

28

---

CORPORATE DISCLOSURE STATEMENT PURSUANT TO FEDERAL RULES OF CIVIL
PROCEDURE 7.1 AND NOTICE OF INTERESTED PARTIES PURSUANT TO LOCAL RULE 7-1.1

1    [*Additional Defendants' Counsel continued from caption page*]

2    Seth R. Goldman *(pro hac vice app. forthcoming)*
     srgoldman@mintz.com
3    MINTZ, LEVIN, COHN, FERRIS,
      GLOVSKY AND POPEO, P.C.
4    919 Third Avenue
     New York, NY 10022
5    Telephone: (212) 692-6845
     Facsimile:  (212) 983-3115

6
     Peter A. Biagetti *(admitted pro hac vice)*
7    pabiagetti@mintz.com
     MINTZ, LEVIN, COHN, FERRIS,
8     GLOVSKY AND POPEO, P.C.
     One Financial Center
9    Boston, MA 02111
     Telephone: (617) 542-6000
10   Facsimile:  (617) 542-2241

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

1    Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, Defendants

2  MindGeek S.à r.l., MG Freesites Ltd, MG Premium Ltd, MindGeek USA

3  Incorporated, MG Global Entertainment Inc., and 9219-1568 Quebec Inc. disclose

4  the following:

5    MindGeek S.à r.l. (n/k/a Aylo Holdings S.à r.l.) states that it has no parent

6  corporation.  There is no publicly held corporation that owns 10% or more of Aylo

7  Holdings S.à r.l.'s stock.

8    MG Freesites Ltd (n/k/a Aylo Freesites Ltd) states that its ultimate parent

9  corporation is Aylo Holdings S.à r.l.  There is no publicly held corporation that owns

10  10% or more of Aylo Freesites Ltd's stock.

11    MG Premium Ltd (n/k/a Aylo Premium Ltd) states that its ultimate parent

12  corporation is Aylo Holdings S.à r.l.  There is no publicly held corporation that owns

13  10% or more of Aylo Premium Ltd's stock.

14    MindGeek USA Incorporated (n/k/a Aylo USA Incorporated) states that its

15  ultimate parent corporation is Aylo Holdings S.à r.l.  There is no publicly held

16  corporation that owns 10% or more of Aylo USA Incorporated's stock.

17    MG Global Entertainment Inc. (n/k/a Aylo Global Entertainment Inc.) states

18  that its ultimate parent corporation is Aylo Holdings S.à r.l.  There is no publicly held

19  corporation that owns 10% or more of Aylo Global Entertainment Inc.'s stock.

20    9219-1568 Quebec Inc. states that its ultimate parent corporation is Aylo

21  Holdings S.à r.l.  There is no publicly held corporation that owns 10% or more of

22  9219-1568 Quebec Inc.'s stock.

23    Pursuant to Central District Local Rule 7.1-1, the undersigned counsel of

24  record for Defendants certifies that the previously listed parties may have a pecuniary

25  interest in the outcome of this case.  These representations are made to enable the

26  Court to evaluate possible disqualification or recusal.

27

28

- 1 -

CORPORATE DISCLOSURE STATEMENT PURSUANT TO FEDERAL RULES OF CIVIL
PROCEDURE 7.1 AND NOTICE OF INTERESTED PARTIES PURSUANT TO LOCAL RULE 7-1.1

1    Defendants reserve their rights to supplement this certification subject to the

2    discovery of any applicable additional information as the case proceeds.    A

3    supplemental disclosure statement will be filed upon any change in the information

4    provided herein.

5

6    Dated:  October 30, 2024    Respectfully submitted,

7    MINTZ LEVIN COHN FERRIS GLOVSKY
     AND POPEO, P.C.

8

9    */s/ Peter A. Biagetti*
     _____
10   Seth R. Goldman *(pro hac vice app. forthcoming)*
     Peter A. Biagetti *(admitted pro hac vice)*
     Arameh Z. O'Boyle
11   Esteban Morales Fabila

12   Attorneys for Defendants
     MindGeek S.à r.l., MG Freesites Ltd, MG
13   Premium Ltd, MindGeek USA Incorporated, MG
     Global Entertainment Inc., and 9219-1568
14   Quebec Inc.

15

16

17

18

19

20

21

22

23

24

25

26

27

28
- 2 -