Michael J. Bowe
(*pro hac vice*)
mbowe@brownrudnick.com
Lauren Tabaksblat
(*pro hac vice*)
ltabaksblat@brownrudnick.com
**BROWN RUDNICK LLP**
7 Times Square
New York, NY 10036
Phone: 212.209.4800
Fax:    212.209.4801

David M. Stein (State Bar # 198256)
dstein@olsonstein.com
**OLSON STEIN LLP**
240 Nice Lane # 301
Newport Beach, CA 92663
Phone: 949.887.4600

**Attorneys for Plaintiff**

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| L.S.,<br><br>             Plaintiff,<br><br>      v.<br><br>MINDGEEK S.A.R.L. a foreign entity; MG FREESITES LTD, a foreign entity; MINDGEEK USA INCORPORATED, a Delaware corporation; MG PREMIUM LTD, a foreign entity; MG GLOBAL ENTERTAINMENT INC., a Delaware corporation; 9219-1568 QUEBEC, INC., a foreign entity; BERND BERGMAIR, a foreign individual; FERAS ANTOON, a foreign individual; DAVID TASSILLO, a foreign individual; VISA INC., a Delaware corporation; REDWOOD CAPITAL MANAGEMENT, LLC, a Delaware limited liability company; REDWOOD DOE FUNDS 1-7; COLBECK | Case No. 2:24-cv-05026-WLH-ADS<br><br>**NOTICE OF PLAINTIFFS' OMNIBUS OPPOSITION TO DEFENDANTS' SEALING APPLICATIONS RELATED TO DEFENDANTS' MOTIONS TO DISMISS THE COMPLAINTS IN RELATED ACTIONS**<br><br>Place: Courtroom 9B<br>Judge: Hon. Wesley L. Hsu<br><br>Complaint Filed: June 14, 2024 |

| | |
|---|---|
| 1 | CAPITAL MANAGEMENT, LLC, a Delaware limited liability company; |
| 2 | COLBECK DOE FUNDS 1-3, |
| 3 |       Defendants. |
| 4 | |
| 5 | |
| 6 | |
| 7 | |
| 8 | |
| 9 | |
| 10 | |
| 11 | |
| 12 | |
| 13 | |
| 14 | |
| 15 | |
| 16 | |
| 17 | |
| 18 | |
| 19 | |
| 20 | |
| 21 | |
| 22 | |
| 23 | |
| 24 | |
| 25 | |
| 26 | |
| 27 | |
| 28 | |

|   |   |
|---|---|
| 1 | **PLEASE TAKE NOTICE THAT** pursuant to the Order Granting Joint |
| 2 | Stipulation to Request Limited Coordination for Purposes of Responding to |
| 3 | Complaints in Related Cases entered in this case, in connection with their motions to |
| 4 | dismiss filed in *K.A. v. MindGeek S.A.R.L. et al.*, 24-cv-04786 ("*K.A.* Action") and |
| 5 | noticed in the Related Actions identified below[1], on October 30, 2024, the MindGeek |
| 6 | Defendants filed a Civil Local Rule 79-5.2.2 Application for Leave to File |
| 7 | Documents Under Seal (ECF No. 76 in *K.A.* Action), Redwood filed an Application |
| 8 | for Leave to File Under Seal Redwood Capital Management, LLC's Omnibus |
| 9 | Memorandum of Points and Authorities in Support of Motion to Dismiss Complaints |
| 10 | in Related Cases (ECF No. 69 in *K.A.* Action), and Colbeck filed an Application for |
| 11 | Leave to File Under Seal Documents in Support of Omnibus Motion to Dismiss |
| 12 | (ECF No. 73 in *K.A.* Action) (collectively, "Defendants' Sealing Applications"). On |
| 13 | November 7, 2024, Plaintiffs in the Related Actions filed in the *K.A.* Action an |
| 14 | Omnibus Opposition to Defendants' Sealing Applications (ECF No. 89). |
| 15 | Defendants' Sealing Applications should be denied in their entirety because |
| 16 | they do not provide the compelling reasons required to justify sealing. |
| 17 |   |
| 18 | Dated: November 7, 2024             Respectfully submitted, |
| 19 |   |
| 20 |                                                     /s/ Lauren Tabaksblat |
| 21 |                                                     Michael J. Bowe (*pro hac vice*) |
|    |                                                     mbowe@brownrudnick.com |
| 22 |   |

---

[1] *K.A. v. MindGeek S.A.R.L. et al.*, 24-cv-04786; *N.L. v. MindGeek S.A.R.L. et al.*, 24-cv-04788; *T.C. v. MindGeek S.A.R.L. et al.*, 24-cv-04795; *X.N. v. MindGeek S.A.R.L. et al.*, 24-cv-04800; *N.Y. v. MindGeek S.A.R.L. et al.*, 24-cv-04801; *L.T. v. MindGeek S.A.R.L. et al.*, 24-cv-04791; *J.C. v. MindGeek S.A.R.L. et al.*, 24-cv-04971; *W.L. v. MindGeek S.A.R.L. et al.*, 24-cv-04977; *C.S. v. MindGeek S.A.R.L. et al.*, 24-cv-04992; *S.O. v. MindGeek S.A.R.L. et al.*, 24-cv-04998; *L.S. v. MindGeek S.A.R.L. et al.*, 24-cv-05026; *W.P. v. MindGeek S.A.R.L. et al.*, 24-cv-05185; *A.K. v. MindGeek S.A.R.L. et al.*, 24-cv-05190; and *J.L. v. MindGeek S.A.R.L., et al.*, 24-cv-07046.

Lauren Tabaksblat (*pro hac vice*)
ltabaksblat@brownrudnick.com
**BROWN RUDNICK LLP**
7 Times Square
New York, NY 10036
Phone: 212.209.4800
Fax:     212.209.4801

David M. Stein (State Bar #198256)
dstein@olsonstein.com
**OLSON STEIN LLP**
240 Nice Lane #301
Newport Beach, CA 92663
Phone: 949.887.4600

**Counsel for Plaintiff**