1  JAMES M. PEARL (SB# 198481)
   jamespearl@paulhastings.com
2  KIAURA CLARK (SB# 336314)
   kiauraclark@paulhastings.com
3  **PAUL HASTINGS LLP**
   1999 Avenue of The Stars, 27th Floor
4  Los Angeles, California 90067
   Telephone: 1(310) 620-5700
5  Facsimile: 1(310) 620-5899

6  ADAM M. REICH (SB# 274235)
   adamreich@paulhastings.com
7  EMMA LANZON (*pro hac vice*)
   emmalanzon@paulhastings.com
8  **PAUL HASTINGS LLP**
   71 South Wacker Drive, 45th Floor
9  Chicago, Illinois 60606
   Telephone: 1(312) 499-6000
10 Facsimile: 1(312) 499-6100

11 *[Additional Counsel for Defendants continued on next page]*

12 *Attorneys for Defendants Redwood Capital*
13 *Management, LLC; Redwood Master Fund, Ltd; Redwood Opportunity Master Fund, Ltd;*
14 *Manuel 2018, LLC; Ginogerum, LLC; and White-Hathaway Opportunity Fund, LLC*

15

16                    UNITED STATES DISTRICT COURT

17                    CENTRAL DISTRICT OF CALIFORNIA

18

19 L.S.,                                    | CASE NO. 2:24-cv-05026-WLH-ADS

20          Plaintiff,                      | **REDWOOD DEFENDANTS'**
                                            | **NOTICE OF FILING IN RELATED**
21     vs.                                  | **CASE**

22 MINDGEEK S.A.R.L. a foreign entity;
   MG FREESITES, LTD., a foreign
23 entity; MINDGEEK USA
   INCORPORATED, a Delaware
24 corporation; MG PREMIUM LTD, a
   foreign entity; MG GLOBAL
25 ENTERTAINMENT INC., a Delaware
   corporation; 9219-1568 QUEBEC,
26 INC., a foreign entity; BERND
   BERGMAIR, a foreign individual;
27 FERAS ANTOON, a foreign individual;
   DAVID TASSILLO, a foreign
28 individual; VISA INC., a Delaware
   corporation; REDWOOD CAPITAL

REDWOOD DEFENDANTS' NOTICE OF FILING

1  MANAGEMENT, LLC, a Delaware limited liability company; REDWOOD DOE FUNDS 1-7; COLBECK CAPITAL MANAGEMENT, LLC, a Delaware company, COLBECK DOE FUNDS 1-3,

Defendants.

*[Additional Counsel for Defendants continued from caption page]*

KRISTOPHER M. HANSEN (*pro hac vice*)
krishansen@paulhastings.com
**PAUL HASTINGS LLP**
200 Park Avenue
New York, New York 10166
Telephone: 1(212) 318-6000
Facsimile: 1(212) 752-3310

TO ALL PARTIES AND THEIR COUNSEL OF RECORD:

PLEASE TAKE NOTICE that, pursuant to the Court's Order Granting Joint Stipulation to Request Limited Coordination for Purposes of Responding to Complaints in Related Cases, on January 8, 2025, Defendants Redwood Capital Management, LLC, Redwood Master Fund, Ltd, Redwood Opportunity Master Fund, Ltd, Manuel 2018, LLC, Ginogerum, LLC, and White-Hathaway Opportunity Fund, LLC (collectively, "Redwood" or "Redwood Defendants") filed in *K.A. v. MindGeek, S.à.r.l., et al.,* No. 2:24-cv-04786-WLH-ADS (C.D. Cal. June 7, 2024) ("*K.A.* Action"), an Omnibus Reply in Support of Redwood's Motion to Dismiss (and supporting documents) requesting an order, under Rules 12(b)(1) and 12(b)(6) of the Federal Rules of Civil Procedure, dismissing with prejudice the Complaints filed by Plaintiffs in the following fourteen actions before the Court, including this action:

a. *K.A.* Action;

b. *N.L. v. MindGeek S.à.r.l., et al.*, No. 2:24-cv-04788-WLH-ADS (C.D. Cal. June 7, 2024);

c. *L.T. v. MindGeek S.à.r.l., et al.*, No. 2:24-cv-04791-WLH-ADS (C.D. Cal. June 7, 2024);

d. *T.C. v. MindGeek S.à.r.l., et al.*, No. 2:24-cv-04795-WLH-ADS (C.D. Cal. June 7, 2024);

e. *X.N. v. MindGeek S.à.r.l., et al.*, No. 2:24-cv-04800-WLH-ADS (C.D. Cal. June 7, 2024);

f. *N.Y. v. MindGeek S.à.r.l., et al.*, No. 2:24-cv-04801-WLH-ADS (C.D. Cal. June 7, 2024);

g. *J.C. v. MindGeek S.à.r.l., et al.*, No. 2:24-cv-04971-WLH-ADS (C.D. Cal. June 12, 2024);

h. *W.L. v. MindGeek S.à.r.l., et al.*, No. 2:24-cv-04977-WLH-ADS (C.D. Cal. June 13, 2024);

    i. *C.S. v. MindGeek S.à.r.l., et al.*, No. 2:24-cv-04992-WLH-ADS (C.D. Cal. June 13, 2024);

    j. *S.O. v. MindGeek S.à.r.l., et al.*, No. 2:24-cv-04998-WLH-ADS (C.D. Cal. June 13, 2024);

    k. *L.S. v. MindGeek S.à.r.l., et al.*, No. 2:24-cv-05026-WLH-ADS (C.D. Cal. June 14, 2024);

    l. *W.P. v. MindGeek S.à.r.l., et al.*, No. 2:24-cv-05185-WLH-ADS (C.D. Cal. June 20, 2024);

    m. *A.K. v. MindGeek S.à.r.l., et al.*, No. 2:24-cv-05190-WLH-ADS (C.D. Cal. June 20, 2024); and

    n. *J.L. v. MindGeek S.à.r.l., et al.*, No. 2:24-cv-07046-WLH-ADS (C.D. Cal. June 20, 2024).

The Omnibus Reply reiterates arguments and bases to dismiss that are applicable to the Plaintiff in this case, including that this case and the claims asserted therein should be dismissed because:

- Plaintiff lacks Article III and statutory standing;
- The Complaint does not state a claim for violation of federal sex-trafficking laws (18 U.S.C. §§ 1591, 1594, and 1595); and
- The Complaint does not state a claim for the remaining claims, including Cal. Bus. & Prof. Code §§ 17200 and 17500, civil conspiracy, and intentional infliction of emotional distress.

DATED: January 8, 2025                          **PAUL HASTINGS LLP**

                                                  By: /s/ *James M. Pearl*
                                                                 JAMES M. PEARL

                            *Attorneys for Defendants Redwood Capital Management, LLC; Redwood Master Fund, Ltd; Redwood Opportunity Master Fund, Ltd; Manuel 2018, LLC; Ginogerum, LLC; and White-Hathaway Opportunity Fund, LLC*