WIECHERT, MUNK & GOLDSTEIN, PC
David Wiechert, CA Bar No. 94607
4000 MacArthur Boulevard,
Suite 600 East Tower
Newport Beach, CA 92660
Phone: (949) 361-2822
Facsimile: (949) 361-5722
Email: dwiechert@aol.com

MORVILLO ABRAMOWITZ
GRAND IASON & ANELLO PC
Jonathan S. Sack (*pro hac vice*)
565 Fifth Avenue
New York, New York 10017
Phone: (212) 856-9600
Facsimile: (212) 856-9494
Email: jsack@maglaw.com
Email: apeacocke@maglaw.com

*Attorneys for Specially Appearing
Defendant David Tassillo*

COHEN & GRESSER LLP
Jason Brown (*pro hac vice*)
Matthew V. Povolny (*pro hac vice*)
Joanna Chan
800 Third Avenue
New York, New York 10022
Phone: (212) 957-7600
Facsimile: (212) 957-4514
Email: jbrown@cohengresser.com
Email: mpovolny@cohengresser.com
Email: jchan@cohengresser.com

*Attorneys for Specially Appearing
Defendant Feras Antoon*

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

L.S.,

                    Plaintiff,

          v.

MINDGEEK S.A.R.L. a foreign entity;
MG FREESITES, LTD., a foreign entity;
MINDGEEK USA INCORPORATED, a
Delaware corporation; MG PREMIUM
LTD, a foreign entity; MG GLOBAL
ENTERTAINMENT INC., a Delaware
corporation; 9219-1568 QUEBEC, INC.,
foreign entity; BERND BERGMAIR, a
foreign individual; FERAS ANTOON, a
foreign individual; DAVID TASSILLO, a
foreign individual; VISA INC., a Delaware
corporation; REDWOOD CAPITAL
MANAGEMENT, LLC, a Delaware
limited liability company; REDWOOD
DOE FUNDS 1-7; COLBECK CAPITAL
MANAGEMENT, LLC, a Delaware
limited liability company; COLBECK
DOE FUNDS 1-3,

                    Defendants.

Case No. 2:24-cv-05026-WLH-ADS

SPECIALLY APPEARING
DEFENDANTS FERAS
ANTOON AND DAVID
TASSILLO'S NOTICE OF
FILING IN RELATED CASE

Hearing Date:  January 31, 2025
Hearing Time:  1:30 p.m.
Courtroom:  9B
Judge:  Hon. Wesley Hsu

FERAS ANTOON AND DAVID TASSILLO'S
NOTICE OF FILING IN RELATED CASE

TO ALL PARTIES AND THEIR COUNSEL OF RECORD:

PLEASE TAKE NOTICE that, pursuant to the Court's Order Granting Joint Stipulation to Request Limited Coordination for Purposes of Responding to Complaints in Related Cases, (the "Coordination Order") ECF No. 58 in *K.A. v. MindGeek S.à.r.l., et al.*, No. 2:24-cv-04786-WLH-ADS (C.D. Cal. June 7, 2024) ("*K.A.* Action"), on January 8, 2025, Specially-Appearing Defendants Feras Antoon and David Tassillo filed their omnibus reply brief in further support of their motion to dismiss, *see K.A.* Action ECF No. 62. Pursuant to the Coordination Order, Antoon and Tassillo hereby file notice that their omnibus reply should also apply in this and the other Related Actions, including:

a. *K.A.* Action;

b. *N.L. v. MindGeek S.à.r.l., et al.*, No. 2:24-cv-04788-WLH-ADS (C.D. Cal. June 7, 2024);

c. *L.T. v. MindGeek S.à.r.l., et al.*, No. 2:24-cv-04791-WLH-ADS (C.D. Cal. June 7, 2024);

d. *T.C. v. MindGeek S.à.r.l., et al.*, No. 2:24-cv-04795-WLH-ADS (C.D. Cal. June 7, 2024);

e. *X.N. v. MindGeek S.à.r.l., et al.*, No. 2:24-cv-04800-WLH-ADS (C.D. Cal. June 7, 2024);

f. *N.Y. v. MindGeek S.à.r.l., et al.*, No. 2:24-cv-04801-WLH-ADS (C.D. Cal. June 7, 2024);

g. *J.C. v. MindGeek S.à.r.l., et al.*, No. 2:24-cv-04971-WLH-ADS (C.D. Cal. June 12, 2024);

h. *W.L. v. MindGeek S.à.r.l., et al.*, No. 2:24-cv-04977-WLH-ADS (C.D. Cal. June 13, 2024);

1      i. *C.S. v. MindGeek S.à.r.l., et al.*, No. 2:24-cv-04992-WLH-ADS

2      (C.D. Cal. June 13, 2024);

3      j. *S.O. v. MindGeek S.à.r.l., et al.*, No. 2:24-cv-04998-WLH-ADS

4      (C.D. Cal. June 13, 2024);

5      k. *L.S. v. MindGeek S.à.r.l., et al.*, No. 2:24-cv-05026-WLH-ADS

6      (C.D. Cal. June 14, 2024);

7      l. *W.P. v. MindGeek S.à.r.l., et al.*, No. 2:24-cv-05185-WLH-ADS

8      (C.D. Cal. June 20, 2024);

9      m. *A.K. v. MindGeek S.à.r.l., et al.*, No. 2:24-cv-05190-WLH-ADS

10     (C.D. Cal. June 20, 2024); and

11     n. *J.L. v. MindGeek S.à.r.l., et al.*, No. 2:24-cv-07046-WLH-ADS

12     (C.D. Cal. June 20, 2024).

13

14 DATED: January 8, 2025    Respectfully Submitted,

15

16     By:  /s/ Jonathan S. Sack

17     MORVILLO ABRAMOWITZ GRAND IASON & ANELLO PC

18     Jonathan S. Sack (*pro hac vice*)

19     *Attorney for Specially Appearing Defendant*

20     *David Tassillo*

21     COHEN & GRESSER LLP

22     Jason Brown (*pro hac vice*)

23     Matthew V. Povolny (*pro hac vice*) Joanna Chan

24

25     *Attorneys for Specially Appearing Defendant* *Feras Antoon*

26

27     WIECHERT, MUNK & GOLDSTEIN, PC David Wiechert (SBN 94607)

28

FERAS ANTOON AND DAVID TASSILLO'S
NOTICE OF FILING IN RELATED CASE