UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
**CIVIL MINUTES - GENERAL**

| Case No. | 2:24-cv-05026-WLH-ADSx | Date | March 7, 2025 |
|---|---|---|---|
| Title | L.S. v. MindGeek S.a.r.l. et al | | |

| Present: The Honorable | WESLEY L. HSU, United States District Judge |
|---|---|

| Holidae Crawford | Gaye Limon |
|---|---|
| Deputy Clerk | Court Reporter |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendant: |
|---|---|
| Michael J. Bowe<br>Lauren Tabaksblat<br>David M. Stein | Jonathan S. Sack<br>Matthew V. Povolny<br>Andrew S. Tulumello<br>James Michael Pearl<br>Kevin C Adam<br>Peter A. Biagetti<br>Lisa Marie Collins<br>Arameh O'Boyle |

**Proceedings:** AMENDED OMNIBUS MOTION TO DISMISS [50], [53], [54], [56], [59], [60],

The matter was called, and counsel stated their appearances. The Court's Tentative Ruling was issued on March 7, 2025, and reviewed by counsel. The Court heard oral argument.

For reasons stated on the record, the Court grants leave for each Defendant to file by March 21, 2025, a supplemental brief of 10 pages or less on any issue. Plaintiff may submit by April 4, 2025, a single reply with up to 10 pages for each issue raised by Defendants. The parties are ordered to meet and confer on a date for the Continued Motion to Dismiss.

The parties are also ordered to refile their Applications to Seal by March 28, 2025.

3 : 23

Initials of Deputy Clerk  hc