DREW TULUMELLO (#196484)
drew.tulumello@weil.com
MARK A. PERRY (#212532)
mark.perry@weil.com
WEIL, GOTSHAL & MANGES LLP
2001 M Street NW, Suite 600
Washington, DC 20036
Tel: 202 682 7000
Fax: 202 857 0940

*Attorneys for Visa Inc.*

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

### SOUTHERN DIVISION

| | |
|---|---|
| L.S., <br><br> Plaintiff, <br><br> v. <br><br> MINDGEEK S.A.R.L.; MG FREESITES, LTD; MINDGEEK USA INCORPORATED; MG PREMIUM LTD.; MG GLOBAL ENTERTAINMENT INC.; 9219-1568 Quebec, Inc.; BERND BERGMAIR; FERAS ANTOON; DAVID TASSILLO; COREY URMAN; VISA INC.; REDWOOD CAPITAL MANAGEMENT, LLC ; REDWOOD DOE FUNDS 1-7 ; COLBECK CAPITAL MANAGEMENT, LLC; COLBECK DOE FUNDS 1-3, <br><br> Defendants. | Case No. 2:24-CV-05026-WLH-ADS <br><br> **NOTICE OF FILING VISA INC.'S SUPPLEMENTAL BRIEF IN SUPPORT OF VISA'S MOTIONS TO DISMISS** <br><br> Date: April 24, 2025 <br> Time: 9:00 a.m. <br> Judicial Officer: Wesley L. Hsu <br> Courtroom: 9B |

| | |
|---|---|
| VISA'S NOTICE OF FILING SUPPLEMENTAL BRIEF IN SUPPORT OF MOTIONS TO DISMISS | 2:24-CV-05026-WLH-ADS |

TO PLAINTIFF AND ATTORNEYS OF RECORD:

PEASE TAKE NOTICE that, in accordance with Court Order, ECF No. 85, Visa filed a supplemental brief in support of Visa's motions to dismiss in *Fleites v. MindGeek, S.à.r.l., et al.*, Case No. 2:21-CV-04920-WLH-ADS (C.D. Cal. 2021).

Visa's supplemental brief covers claims brought by Plaintiffs against Visa in the following cases:

*Fleites v. MindGeek, S.à.r.l., et al.*, Case No. 2:21-cv-04920-WLH-ADS (C.D. Cal. June 17, 2021); *K.A. v. MindGeek, S.à.r.l., et al.*, Case No. 2:24-cv-04786-WLH-ADS (C.D. Cal. June 7, 2024); *L.T. v. MindGeek, S.à.r.l., et al.*, Case No. 2:24-cv-04791-WLH-ADS (C.D. Cal. June 7, 2024); *N.L. v. MindGeek, S.à.r.l., et al.*, Case No. 2:24-cv-04788-WLH-ADS (C.D. Cal. June 7, 2024); *N.Y. v. MindGeek, S.à.r.l., et al.*, Case No. 2:24-cv-04801-WLH-ADS (C.D. Cal. June 7, 2024); *T.C. v. MindGeek, S.à.r.l., et al.*, Case No. 2:24-cv-04795-WLH-ADS (C.D. Cal. June 7, 2024); *X.N. v. MindGeek, S.à.r.l., et al.*, Case No. 2:24-cv-04800-WLH-ADS (C.D. Cal. June 7, 2024); *J.C. v. MindGeek, S.à.r.l., et al.*, Case No. 2:24-cv-04971-WLH-ADS (C.D. Cal. June 12, 2024); *C.S. v. MindGeek, S.à.r.l., et al.*, Case No. 2:24-cv-04992-WLH-ADS (C.D. Cal. June 13, 2024); *S.O. v. MindGeek, S.à.r.l., et al.*, Case No. 2:24-cv-04998-WLH-ADS (C.D. Cal. June 13, 2024); *W.L. v. MindGeek, S.à.r.l., et al.*, Case No. 2:24-cv-04977-WLH-ADS (C.D. Cal. June 13, 2024); *L.S. v. MindGeek, S.à.r.l., et al.*, Case No. 2:24-cv-05026-WLH-ADS (C.D. Cal. June 14, 2024); *A.K. v. MindGeek, S.à.r.l., et al.*, Case No. 2:24-cv-05190-WLH-ADS (C.D. Cal. June 20, 2024); *W.P. v. MindGeek, S.à.r.l., et al.*, Case No. 2:24-cv-05185-WLH-ADS (C.D. Cal. June 20, 2024); and *J.L. v. MindGeek, S.à.r.l., et al.*, Case No. 2:24-cv-7046-WLH-ADS (C.D. Cal. Aug. 20, 2024).

| | | |
|---|---|---|
| 1 | Dated: March 21, 2025 | Respectfully submitted, |
| 2 | | WEIL, GOTSHAL & MANGES LLP |
| 4 | | By: */s/ Drew Tulumello* |
| | | DREW TULUMELLO (#196484) |
| 5 | | drew.tulumello@weil.com |
| 6 | | MARK A. PERRY (#212532) |
| | | mark.perry@weil.com |
| 7 | | WEIL, GOTSHAL & MANGES LLP |
| 8 | | 2001 M Street NW, Suite 600 |
| | | Washington, DC 20036 |
| 9 | | Tel: 202 682 7000 |
| 10 | | Fax: 202 857 0940 |
| 11 | | *Attorneys for Defendant Visa Inc.* |