David G. Hille (*pro hac vice*)
dhille@whitecase.com
Kevin C. Adam (*pro hac vice*)
kevin.adam@whitecase.com
WHITE & CASE LLP
1221 Avenue of the Americas
New York, NY  10020-1095
Telephone:   (212) 819-8357
Facsimile:    (212) 354-8113

Russell J. Gould (SBN 313352)
russell.gould@whitecase.com
Julia Kim (SBN 348516)
julia.kim@whitecase.com
WHITE & CASE LLP
555 S. Flower Street, Suite 2700
Los Angeles, CA  90071-2433
Telephone:   (213) 620-7700
Facsimile:    (213) 452-2329

Attorneys for Defendant

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

**WESTERN DIVISION**

| | |
|---|---|
| L.S.,<br><br>        Plaintiff,<br><br>    v.<br><br>MINDGEEK S.À.R.L., et al.,<br><br>        Defendants. | Case No. 2:24-cv-05026-WLH-ADS<br><br>Hon. Wesley L. Hsu<br><br>**DEFENDANTS COLBECK CAPITAL MANAGEMENT, LLC; CB MEDIA VENTURES DD, LLC; CB AGENCY SERVICES, LLC; AND CB PARTICIPATIONS SPV, LLC'S NOTICE OF FILING OF OMNIBUS SUPPLEMENTAL BRIEF ON PLAINTIFFS' TVPRA CONSPIRACY CLAIMS IN RELATED CASE** |

1  TO ALL PARTIES AND THEIR COUNSEL OF RECORD:

2  PLEASE TAKE NOTICE that, pursuant to the Court's Amended Minute
3  Orders on March 18 and 19, 2025, Defendants Colbeck Capital Management, LLC;
4  CB Media Ventures DD, LLC; CB Agency Services, LLC; and CB Participations
5  SPV, LLC (collectively, "CB Defendants") filed in *Fleites v. MindGeek, S.A.R.L., et*
6  *al.*, No. 2:21-cv-04920-WLH-ADS ("*Fleites* Action"), an Omnibus Supplemental
7  Brief on Plaintiffs' TVPRA Conspiracy Claims in Support of the CB Defendants'
8  Omnibus Motion to Dismiss requesting that the Court dismiss with prejudice the
9  Complaints filed by Plaintiffs in the following fifteen actions before the Court
10 ("Actions"), including this action:

11  a. *Fleites* Action (CB Defs.' Mot. Dismiss, ECF No. 444-1);
12  b. *K.A. v. MindGeek S.à.r.l., et al.*, No. 2:24-cv-04786-WLH-ADS
13  (C.D. Cal. June 7, 2024) (CB Defs.' Omnibus Mot. Dismiss, ECF
14  No. 74-1);
15  c. *N.L. v. MindGeek S.à.r.l., et al.*, No. 2:24-cv-04788-WLH-ADS
16  (C.D. Cal. June 7, 2024);
17  d. *L.T. v. MindGeek S.à.r.l., et al.*, No. 2:24-cv-04791-WLH-ADS
18  (C.D. Cal. June 7, 2024);
19  e. *T.C. v. MindGeek S.à.r.l., et al.*, No. 2:24-cv-04795-WLH-ADS
20  (C.D. Cal. June 7, 2024);
21  f. *X.N. v. MindGeek S.à.r.l., et al.*, No. 2:24-cv-04800-WLH-ADS
22  (C.D. Cal. June 7, 2024);
23  g. *N.Y. v. MindGeek S.à.r.l., et al.*, No. 2:24-cv-04801-WLH-ADS
24  (C.D. Cal. June 7, 2024);
25  h. *J.C. v. MindGeek S.à.r.l., et al.*, No. 2:24-cv-04971-WLH-ADS
26  (C.D. Cal. June 12, 2024);
27  i. *W.L. v. MindGeek S.à.r.l., et al.*, No. 2:24-cv-04977-WLH-ADS
28  (C.D. Cal. June 13, 2024);

j. *C.S. v. MindGeek S.à.r.l., et al.*, No. 2:24-cv-04992-WLH-ADS (C.D. Cal. June 13, 2024);

k. *S.O. v. MindGeek S.à.r.l., et al.*, No. 2:24-cv-04998-WLH-ADS (C.D. Cal. June 13, 2024);

l. *L.S. v. MindGeek S.à.r.l., et al.*, No. 2:24-cv-05026-WLH-ADS (C.D. Cal. June 14, 2024);

m. *W.P. v. MindGeek S.à.r.l., et al.*, No. 2:24-cv-05185-WLH-ADS (C.D. Cal. June 20, 2024);

n. *A.K. v. MindGeek S.à.r.l., et al.*, No. 2:24-cv-05190-WLH-ADS (C.D. Cal. June 20, 2024); and

o. *J.L. v. MindGeek S.à.r.l., et al.*, No. 2:24-cv-07046-WLH-ADS (C.D. Cal. Aug. 20, 2024).

Dated: March 21, 2025                WHITE & CASE LLP

By: /s/ David G. Hille
       David G. Hille

Attorneys for Defendants
COLBECK CAPITAL MANAGEMENT, LLC; CB MEDIA VENTURES DD, LLC; CB AGENCY SERVICES, LLC; and CB PARTICIPATIONS SPV, LLC