Name and address:

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

L.S.,

Plaintiff(s)

v.

MindGeek S.A.R.L. et al.,

Defendant(s).

CASE NUMBER

2:24-cv-05026-WLH-ADS

**ORDER ON APPLICATION OF NON-RESIDENT ATTORNEY TO APPEAR IN A SPECIFIC CASE *PRO HAC VICE* [30]**

**The Court, having determined whether the required fee has been paid, and having reviewed the Application of Non-Resident Attorney to Appear in a Specific Case *Pro Hac Vice* filed by**

Sack, Jonathan S.
*Applicant's Name (Last Name, First Name & Middle Initial)*

(212) 880-9410
*Telephone Number*

(212) 856-9494
*Fax Number*

jsack@maglaw.com
*E-Mail Address*

of

MORVILLO ABRAMOWITZ GRAND IASON & ANELLO P.C.
565 Fifth Avenue
New York, NY 10017
*Firm/Agency Name & Address*

**for permission to appear and participate in this case on behalf of**

David Tassillo

*Name(s) of Party(ies) Represented*

☐ *Plaintiff(s)* ☒ *Defendant(s)* ☐ *Other:* ______

**and designating as Local Counsel**

Wiechert, David W.
*Designee's Name (Last Name, First Name & Middle Initial)*

SBN 94607
*Designee's Cal. Bar No.*

(949) 361-2822
*Telephone Number*

(949) 361-5722
*Fax Number*

*E-Mail Address*

of

WIECHERT, MUNK & GOLDSTEIN, PC
4000 MacArthur Blvd., Suite 600 East Tower
Newport Beach, CA 92660
*Firm/Agency Name & Address*

**HEREBY ORDERS THAT the Application be:**

☒ GRANTED.

☐ DENIED: ☐ for failure to pay the required fee.

☐ for failure to attach a Certificate of Good Standing issued within 30 days prior to filing of Application.

☐ for failure to complete Application: ______

☐ pursuant to L.R. 83-2.1.3.2: ☐ Applicant resides in California; ☐ previous Applications listed indicate Applicant is regularly employed or engaged in business, professional, or other similar activities in California.

☐ pursuant to L.R. 83-2.1.3.4; Local Counsel: ☐ is not member of Bar of this Court; ☐ does not maintain office in District.

☐ because ______

**IT IS HEREBY FURTHER ORDERED THAT the Application fee, if paid:** ☐ be refunded ☐ not be refunded.

**Dated** 3/24/2025

**U.S. District Judge/U.S. Magistrate Judge**

G–64 ORDER (5/16) (PROPOSED) ORDER ON APPLICATION OF NON-RESIDENT ATTORNEY TO APPEAR IN A SPECIFIC CASE *PRO HAC VICE* Page 1 of 1